# EXHIBIT A

**ELECTRONICALLY FILED**
DOC ID: 33286579
CASE NO: 2025-MR-0000346
DATE: 6/24/2025 3:39 PM
BY: A H, DEPUTY

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO, ROCKFORD, ILLINOIS

| | | |
|---|---|---|
| OLSON ENTERPRISES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | 2025-MR-0000346 |
| v. | ) | |
| | ) | |
| AUTO-OWNERS INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, OLSON ENTERPRISES, LLC ("Olson Enterprises"), by its attorneys, MCCORMICK LAW, and for its Complaint against the Defendant, AUTO-OWNERS INSURANCE COMPANY ("Auto-Owners") alleges the following.

### THE PARTIES

1.      Plaintiff, Olsen Enterprises, LLC, is an Illinois limited liability company that owns commercial buildings located at 6207, 6201, and 6203 Material Ave, Loves Park, Illinois 61111 (the "Property").

2.      Defendant, Auto-Owners is incorporated under Michigan law and has its principal place of business in Lansing, Michigan.

### JURISDICTION AND VENUE

3.      This Court has jurisdiction under 735 ILCS § 5/2-701 because Plaintiff seeks a declaratory judgment under Illinois law regarding the enforcement of an insurance contract.

4.      Jurisdiction is also proper under 735 ILCS § 5/2-209 because Defendant transacts business in the State of Illinois and has breached contractual obligations within this jurisdiction.

5.      Venue lies in the Circuit Court of the 17th Judicial Circuit, County of Winnebago, Illinois under 735 ILCS § 5/2-101, because the cause of action arose in Winnebago County,

Illinois, and the insured property subject to this dispute is located in Winnebago County.

**FACTS**

6.      On or around June 29, 2023, a severe hailstorm impacted Rockford, IL in Winnebago County producing high winds and large hail.

7.      The National Weather Service issued Severe Thunderstorm Warnings for Rockford, IL, forecasting the potential for quarter-size hail and wind gusts up to 60 miles per hour.

8.      As a result of the storm, the Property sustained extensive property damage, including but not limited to damage to the roof, protection system, HVAC and exterior surfaces of the building and interior.

9.      At all relevant times, Olson Enterprises maintained Business Owner insurance Policy #104604-077173459-22 (the "Policy") with Auto-Owners, which provided coverage for hail and wind damage to the insured Property. See Exhibit 1.

10.      Olson Enterprises notified Defendant of the claim under its insurance policy on February 5, 2025, to seek coverage for the necessary repairs as a result of the storm. The Defendant provided the Association with Claim Number: 300-00751191-2025 (the "Claim").

11.      Defendant hired Ryan Clausen with Reliable Adjusting to conduct an independent investigation of the Property. Mr. Clausen conducted his inspection on February 27, March 7, and March 12, 2025.

12.      Defendant has yet to provide Olson Enterprises with a copy of Mr. Clausen's adjuster report, however it is understood that Mr. Clausen's report recommended coverage and supported the Claim as Olson Enterprises has presented it to Defendant.

13.      On February 4, 2025, Olson Enterprises entered into a Public Adjuster Contract with Matt Nelson of Write it Right Public Adjusting, LLC ("Write It Right") to act on behalf of

the Plaintiff to supplement, negotiate, and assist with their claim.

14.     On February 11, 2025, Mr. Nelson conducted his own investigation of the Property and estimated the following repair estimates for each building totaling $7,223,087.45.

- North Building: $2,815,856.27 for roof, HVAC, protection system, exterior, awnings, general conditions and interior repairs.

- South Building = $3,709,732.41 for roof, HVAC, protection system, awnings, general conditions.

- West Building = $1,014,032.41 for roof, HVAC, protection system, awnings, and general conditions.

15.     On May 6, 2025, Mr. Nelson submitted a Proof of Loss estimating damages around $7,378,087.45 that was accompanied by Carrier-Form POL, engineering & technical reports, weather & date of loss proof, moisture & intrusion evidence, code & industry standards, administrative & legal citations and other miscellaneous items.

16.     On May 14, 2025, Mr. Nelson meet with Nederveld Engineering, who was hired by the Defendant to conduct an inspection of the Property buildings. Notably during the inspection both parties witnessed active water leaks.

17.     In a letter dated May 20, 2025, the Defendants rejected Olson Enterprises' Proof of Loss for the following reasons:

a.   Failing to document supporting the storm created openings to the roof or walls.

b.   Failing to provide documents supporting the need to replace all the HVAC units.

c.   Failing to provide documents supporting the need to replace all the TPO roofing.

d.   Failing to provide prompt notice and did not provide documents supporting that the

hail was from the date of loss and not from another event.

18.     Furthermore, the Defendants did not agree to enter into a tolling agreement, claiming their decision was due to the amount of time that known roof issues were present.

19.     The assertions made by Defendant in rejecting the Proof of Loss were woefully inaccurate and exemplary of the bad faith efforts undertaken by Defendant in adjusting the Claim.

20.     The Proof of Loss included a professional engineering hail assessment concluding that hail impact caused physical compromise of roofing membranes and flashings; an infrared roof moisture survey and moisture probe grid was provided which showed extensive moisture infiltration, more than 1,000 photographs of the roof surface damage, impact points, membrane deterioration etc. were provided; hail verification report was provided and the permit logs from the City of Loves Park confirming no prior roof permits or violations that supported the fact that the observed damage was not from pre-existing conditions, but rather from the hail storm on June 29, 2023. During the May 14, 2025, inspection, Nederveld witnessed active leaks further affirming that the building envelope had been breached.

21.     The Proof of Loss also included a specialized HVAC impact report documenting physical and functional damage from hail, the engineer's report confirming degradation from impact to rooftop units rendering them unreliable and noncompliant with safety thresholds and the replacement bid from licensed HVAC contractor citing unit-specific damage and cost-effective replacement recommendations.

22.     A complete Xactimate replacement estimate supported by infrared imaging and moisture testing was included in the Proof of Loss along with contractor bids and field notes recommending full replacement due to systemic saturation and physical compromise and over 1,000 photos demonstrating a widespread impact-related to wear and deterioration, which refuted

the Defendant's claim that no supporting documents were provided to support the need for full TPO roof replacement.

23.     Lastly, the Policy's "prompt notice" requirement is measured from when loss is discovered or reasonably should be-not the date of the storm itself. By providing the Defendant with third-party hail verification, trace maps, and NOAA storm data it confirmed that a hail event happened at the Property on the reported date and there is no evidence suggesting the damage arose from another storm.

24.     Defendant's rejection of Olsen Enterprises' Proof of Loss was without merit, contrary to the express terms of the Policy, and inconsistent with the Defendant's own conduct when they are still actively investigating the claim by considering their own infrared moisture survey.

25.     Defendant has failed to provide transparency as to the basis for their shifting position and whether it has abandoned an earlier coverage recommendation by failing to provide Olson Enterprises with a complete copy of Nederveld engineering report and Ryan Clausen's from Reliable Adjusting independent adjuster report that they obtained at the outset of the claim.

26.     Olson Enterprises further requested the Defendant agree to toll the contractual limitations period for a period of at least 180 days, effective May 29, 2025, and if they failed to confirm within 7 days, Olson Enterprises would initiate suit.

27.     Under the terms of the Policy, all suits against Defendant must be brought within two (2) years of the date of loss or they are barred. In this case, the date of loss was June 29, 2023.

28.     Also under the Policy, the bar date for claims is extended by the number of days during which the Defendant has received a Proof of Loss until the Defendant responds to such proof of loss. In this case, the proof of loss was submitted on May 6, 2025, and rejected on May

20, 2025.

29.     Given same, the bar date for suits against Defendant under the Policy is, at most, July 10, 2025. Therefore, while the insurance claim is nevertheless still pending, Olson Enterprises is bringing this action to preserve its rights under the Policy for the Claim.

## COUNT I –DECLARATORY JUDGMENT - 735 ILCS 5/2-701

30.     Plaintiff realleges and reincorporates the allegations of paragraphs 1 – 28 as if restated herein.

31.     Plaintiff and Defendant entered into a valid and enforceable insurance contract, under which Defendant agreed to provide coverage for property damages subject to the terms and conditions of the policy.

32.     Plaintiff has a tangible legal interest in this case, specifically the enforcement of the Policy.

33.     Defendant has in interest in this case, which is adverse to Plaintiff, specifically, its rejection of Plaintiff's Proof of Loss and its failure to fully indemnify Plaintiff under the Claim as required by the Policy.

34.     Plaintiff suffered a covered loss on or about June 29, 2023, and timely submitted a claim for indemnity under the Policy.

35.     Plaintiff sought to enter into a tolling agreement with Defendant to preserve each of the parties rights, but Defendant refused.

36.     As a result of its refusal to toll the bar date for suits against it, Defendant has now compelled Plaintiff to bring this action seeking a declaratory judgment of the rights of the parties under the Policy, as to the indemnity that Defendant owes to Plaintiff for the covered loss under the Claim.

37.     An actual and justiciable controversy exists between Plaintiff and Defendant as to the proper interpretation and enforcement of the Policy that is ripe for adjudication, including but not limited to Defendant's obligation to provide transparency regarding its investigative finding and provide critical reports to the Plaintiff, as well as its duty to indemnify Plaintiff for the Claim as a covered loss under the Policy.

38.     A determination by this Court would terminate the controversy about whether Defendant had a duty to provide coverage for the Plaintiff's aforementioned Claim.

39.     Plaintiff seeks a declaration from this Honorable Court that:

a) The Claim is a covered loss under the Policy;

b) The Plaintiff has satisfied all conditions precedent to coverage, including timely notice and submission of a valid Proof of Loss;

c) Defendant is obligated to in good faith to adjust the claim; and

d) Defendant owes a duty to indemnify Plaintiff under the Policy for the Claim up to the full amount of the Policy.

WHEREFORE, Olson Enterprises, LLC, pray that this Court enter a declaratory judgment making the following findings and awarding the following relief:

a. The Claim is a covered loss under the Policy;

b. Auto-Owners Insurance Company had a duty to comply with all conditions precedent under the Policy;

c. Auto-Owners Insurance Company had a duty to indemnify Olson Enterprises, LLC under Claim Number: 300-00751191-2025 up to the full amount of the Policy;

d. Auto-Owners Insurance Company is to pay Olson Enterprises, LLC's fees and costs incurred in bringing and prosecuting this action, plus prejudgment interest.

e. And, for such other and further relief as this Court deems just.

## COUNT II – BREACH OF CONTRACT

40.     Plaintiff realleges and reincorporates the allegations of paragraphs 1 - 38 as if restated herein.

41.     The Plaintiff and Defendant entered into a valid and enforceable insurance contract, under which defendant agreed to provide coverage for property damage subject to the terms and conditions of the policy.

42.     The Plaintiff suffered a covered loss on or around June 29, 2023, and timely submitted a claim pursuant to the Policy.

43.     The Plaintiff obtained an independent damage estimate valuing the loss at $7,378,087.45, which Defendant has disputed, resulting in a dispute regarding the amount of loss.

44.     Plaintiff sought to enter into a tolling agreement with Defendant to allow time to resolve the dispute, but Defendant refused, further prejudicing Plaintiff's ability to obtain full compensation for the loss.

45.     Defendant's failure to indemnify Plaintiff for the loss and refusal to enter into a tolling agreement constitutes material breach of the insurance contract.

46.     As a direct and proximate result of Defendant's breaches, Plaintiff has suffered damages, including but not limited to the failure to receive full insurance benefits, additional costs incurred in seeking enforcement of policy rights, and undue delay in claim resolution.

WHEREFORE, Olson Enterprises, LLC pray that this Court enter a judgment in favor of Olson Enterprises, LLC and against Auto-Owners Insurance Company for the full amount of the Claim, the exact amount of which to be determined at trial, plus costs, plus prejudgment

interest, and for such other and further relief as this Court deems just.

## COUNT III –BAD FAITH

47.     Plaintiff realleges and reincorporates the allegations of paragraphs 1 - 45 as if restated herein.

48.     Despite Plaintiff's compliance with all conditions precedent to coverage, Defendant engaged in unreasonable and bad faith conducted by:

a)  Underestimating the amount of loss and failing to conduct a full, fair; and prompt investigation of Plaintiff's claim;

b)  Unreasonably delaying claim resolution, forcing Plaintiff to pursue legal action to enforce policy rights; and

c)  Refusing to enter into a tolling agreement, thereby attempting to create procedural obligations to Plaintiff's ability to obtain fair compensation.

49.     Defendant's actions and omissions constitute bad faith, as defendant knowingly and intentionally disregarded its contractual and legal obligations in an effort to avoid paying the full amount of benefits due to Plaintiff.

WHEREFORE, Olson Enterprises, LLC pray that this Court enter a judgment in favor of Olson Enterprises, LLC, and against Auto-Owners Insurance Company for:

a.  Reasonable attorneys' fees and costs incurred in prosecuting this action;

b.  The maximum additional amount awardable under §155 of the Illinois Insurance Code, 215 ILCS 5/155;

c.  And, for such other and further relief as this Court deems just.

Respectfully Submitted,

OLSON ENTERPRISES, LLC

By:_____

9

Kevin K. McCormick
One of Its Attorneys

**MCCORMICK LAW**
10 E. Scranton Ave, Suite 201
Lake Bluff, Illinois 60044
(847) 629-0697
ARDC # 6286831
Email:  kevin@mccormicklawllc.com

59511 (10-19)

04-0911-00
BROADMOOR AGENCY INC
PO BOX 17069
ROCKFORD  IL  61110-7069



*Auto-Owners*

**INSURANCE**

LIFE • HOME • CAR • BUSINESS

PO Box 30660 • Lansing, MI 48909-8160
517.323.1200

05-16-2022                                            Owners Insurance Company

> You can view your policy or change your paperless options at
> any time online at www.auto-owners.com.

OLSON ENTERPRISES LLC
C/O DAVID SMITH
4010 E STATE ST STE 201
ROCKFORD  IL  61108-2044

Your agency's phone number is 815-965-6700.

RE:  Policy 104604-07173459-22

Thank you for selecting Auto-Owners Insurance Group to serve your insurance needs! Feel free to contact your
independent Auto-Owners agent with questions you may have.

Auto-Owners and its affiliate companies offer a full complement of policies, each of which has its own eligibility
requirements, coverages and rates. Please take this opportunity to review your insurance needs with your Auto-Owners
agent, and discuss which company and program may be most appropriate for you.

Auto-Owners Insurance Company was formed in 1916. Our A++ (Superior) rating by A.M. Best Company signifies that we
have the financial strength to provide the insurance protection you need. The Auto-Owners Insurance Group is comprised
of six property and casualty companies and a life insurance company.

*Serving Our Policyholders and Agents Since 1916*

EXHIBIT 1

59325 (12-19)

# NOTICE OF PRIVACY PRACTICES

## What We Do To Protect Your Privacy

At Auto-Owners Insurance Group*, we value your business and we want to retain your trust. In the course of providing products and services, we may obtain nonpublic personal information about you. We assure you that such information is used only for the purpose of providing our products and services to you.

## Protecting Confidentiality

Our agents and Company associates may have access to nonpublic personal information only for the purpose of providing our products or services to you. We maintain physical, electronic and procedural safeguards against unauthorized use of your nonpublic personal information.

## Information We Obtain

To assist in underwriting and servicing your policy, we may obtain nonpublic personal information about you. For example, we routinely obtain information through applications, forms related to our products or services, from visiting www.auto-owners.com, and your transactions with us. We may obtain such information from our affiliates, independent insurance agents, governmental agencies, third parties, or consumer reporting agencies.

The type of information that we collect depends on the product or service requested, but may include your name, address, contact information, social security number, credit history, claims history, information to properly investigate and resolve any claims, or billing information. We may obtain your medical history with your permission. The nature and extent of the information we obtain varies based on the nature of the products and services you receive.

## The Internet and Your Information

If you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement at www.auto-owners.com/privacy.

Generally, Auto-Owners may use cookies, analytics, and other technologies to help us provide users with better service and a more customized web experience. Our business partners may use tracking services, analytics, and other technologies to monitor visits to www.auto-owners.com. The website may use web beacons in addition to cookies. You may choose to not accept cookies by changing the settings in your web browser.

Information obtained on our websites may include IP address, browser and platform types, domain names, access times, referral data, and your activity while using our site; who should use our web site; the security of information over the Internet; and links and co-branded sites.

## Limited Disclosure

Auto-Owners Insurance Group companies do not disclose any nonpublic personal information about their customers or former customers except as permitted by law. We do not sell your personal information to anyone. We do not offer an opportunity for you to prevent or "opt out of" information sharing since we only share personal information with others as allowed by law.

When sharing information with third parties to help us conduct our business, we require them to protect your personal information. We do not permit them to use or share your personal information for any purpose other than the work they are doing on our behalf or as required by law.

The types of information disclosed may include personal information we collect as necessary to service your policy or account, investigate and pay claims, comply with state and federal regulatory requests or demands, and process other transactions that you request. Third parties that receive disclosures may include your independent agent, regulators, reinsurance companies, fraud prevention agencies, or insurance adjusters.

## How Long We Retain Your Information

We generally retain your information as long as reasonably necessary to provide you services or to comply with applicable law and in accordance with our document retention policy. We may retain copies of information about you and any transactions or services you have used for a period of time that is consistent with applicable law, applicable statute of limitations or as we believe is reasonably necessary to comply with applicable law, regulation, legal process or governmental request, to detect or prevent fraud, to collect fees owed, to resolve disputes, to address problems with our services, to assist with investigations, to enforce other applicable agreements or policies or to take any other actions consistent with applicable law.

In some circumstances we may anonymize your personal information (so that it can no longer be associated with you) for research or statistical purposes, in which case we may use this information indefinitely without further notice to you. This allows the specific information collected (name, email, address, phone number, etc.) to become anonymous, but allows Auto-Owners to keep the transaction or engagement data.

## Changes to the Privacy Policy

We will provide a notice of our privacy policy as required by law. This policy may change from time to time, but you can always review our current policy by visiting our website at www.auto-owners.com/privacy or by contacting us.

## Contact Us

Auto-Owners Insurance Company
Phone: 844-359-4595 (toll free)
Email: privacyrequest@aoins.com

*Auto-Owners Insurance Group includes, Auto-Owners Insurance Company, Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company and Southern-Owners Insurance Company.

59006 (5-19)

# POLICYHOLDER ASSISTANCE AND INFORMATION

Dear Policyholder:

We are here to serve you and as our policyholder your satisfaction is very important to us. Should you have any questions or a complaint regarding your policy that cannot be resolved by your agent, you may contact our Illinois Branch Office for assistance. Please direct your inquiries to:

> Branch Manager
> Auto-Owners Insurance Company
> 6715 North Big Hollow Rd.
> Peoria, Illinois 61615
> P.O. Box 3337
> Peoria, Illinois 61612-3337
> Telephone: 309-693-2550

You may contact the Illinois Department of Insurance at any time for further assistance at the following address: Public Services Section, Department of Insurance, 320 West Washington, Springfield, Illinois 62767.

Auto-Owners Insurance Company
Owners Insurance Company
Auto-Owners Life Insurance Company

59390 (11-20)

# NOTIFICATION OF POSSIBLE CHANGES
# IN COVERAGE FOR TERRORISM

Dear Policyholder:

The Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) will expire on December 31, 2027 unless the Federal government extends the Act.  What this means to you is the following:

1.  Subject to policy terms and conditions, the enclosed policy will provide insurance coverage for certified acts of terrorism as defined in the Act only until December 31, 2027.

2.  A conditional endorsement entitled, Conditional Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) is enclosed.  This conditional endorsement will only apply if the Act is not extended or if the Act is revised to increase statutory deductibles, decrease the federal government's share in potential losses above the statutory deductibles, change the levels, terms or conditions of coverage and we are no longer required to make terrorism coverage available and elect not to do so.  It will not apply if the Act is simply extended.

3.  The conditional endorsement will provide coverage for an incident of terrorism pursuant to the terms and conditions of the policy only if the incident does not involve nuclear, biological or chemical material.

4.  A premium charge for the conditional endorsement will be applied effective January 1, 2028.  The premium will be pro rated for the remainder of the policy term and is one-half of the current premium charge appearing in the Declarations for TERRORISM - CERTIFIED ACTS.  However, it will only be made if the Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) is not extend.  Revised Declarations will be mailed to you after January 1, 2028.

5.  If the Act is extended without any revision, the enclosed policy will continue to provide coverage for certified acts of terrorism.  The conditional endorsement will not be activated and the changes in coverage or premium referenced above will not apply.

6.  If the Act is extended with revisions or is replaced, and we are required or elect to continue to offer coverage for certified acts of terrorism, we may amend this policy in accordance with the provisions of the revised Act or its replacement.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

# *Owners*

**Page 1**

Issued 05-16-2022

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

AGENCY    BROADMOOR AGENCY INC
04-0911-00      MKT TERR 019      815-965-6700

Renewal Effective    08-01-2022

**POLICY NUMBER**     **104604-07173459-22**

INSURED    OLSON ENTERPRISES LLC
C/O DAVID SMITH

Company Use      07-46-IL-1008

ADDRESS    4010 E STATE ST STE 201

ROCKFORD IL 61108-2044

Company
Bill

| | Policy Term | |
|---|---|---|
| 12:01 a.m. | to | 12:01 a.m. |
| 08-01-2022 | | 08-01-2023 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this Declarations and attachments to your policy. If you have any questions, please consult with your agent.

55039 (11-87)

## COMMON POLICY INFORMATION

**Business Description:**    Building Owner

**Entity:**    Limited Liab Corp

**Program:**    Mercantile   Industrial/Processing   Restaurant   Special

**Discount Applies For Affiliation With:**    Rockford Chamber Of Commerce

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S): | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY COVERAGE | $24,333.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $8,022.00 |
| **TOTAL** | **$32,355.00** |
| **PAID IN FULL DISCOUNT** | **$3,617.00** |
| **TOTAL POLICY PREMIUM IF PAID IN FULL** | **$28,738.00** |

**THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

The Paid in Full Discount does not apply to fixed fees, statutory charges or minimum premiums.

Forms that apply to all coverage part(s) shown above (except garage liability, dealer's blanket, commercial automobile, if applicable):
IL0017 (11-85)     55003 (07-12)     59390 (11-20)

A 12% Cumulative Multi-Policy Discount applies. Supporting policies are marked with an (X):
Comm Umb(X) Comm Auto(X) WC(X) Life( ) Personal( ) Farm( ).

Countersigned By: _____

Owners Ins. Co.               Issued    05-16-2022

| AGENCY | BROADMOOR AGENCY INC | | Company | **POLICY NUMBER** | **104604-07173459-22** |
| | 04-0911-00 | MKT TERR 019 | Bill | | 07-46-IL-1008 |

| INSURED | OLSON ENTERPRISES LLC | Term   08-01-2022   to   08-01-2023 |

54104 (07-87)

| **COMMERCIAL PROPERTY COVERAGE** |

55198 (12-10)

| **STANDARD PROPERTY PLUS COVERAGE PACKAGE DECLARATION** |

The coverages and limits below apply separately to each location or sublocation that sustains a loss to covered property and is designated in the Commercial Property Coverage Declarations. No deductible applies to the below Property Plus Coverages.

| COVERAGE | LIMIT |
|---|---|
| ACCOUNTS RECEIVABLE | $100,000 |
| BAILEES | $5,000 |
| | $2,500 PER ITEM |
| BUSINESS INCOME & EXTRA EXPENSE W/RENTAL | $50,000 |
| VALUE, INCLUDING NEWLY ACQUIRED LOC-S | |
| 0 HOUR WAITING PERIOD | |
| DEBRIS REMOVAL | $25,000 |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $25,000 |
| EMPLOYEE DISHONESTY | $15,000 |
| FINE ARTS, COLLECTIBLES AND MEMORABILIA | $10,000 |
| | $2,500 PER ITEM |
| FIRE DEPARTMENT SERVICE CHARGE | $5,000 |
| FORGERY AND ALTERATION | $10,000 |
| MONEY AND SECURITIES INSIDE PREMISES | $15,000 |
| MONEY AND SECURITIES OUTSIDE PREMISES | $15,000 |
| NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY | $500,000 FOR 90 DAYS |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | $1,000,000 FOR 90 DAYS |
| ORDINANCE OR LAW | SEE COMMERCIAL PROPERTY |
| | DECLARATIONS |
| OUTDOOR PROPERTY | $15,000 |
| TREES, SHRUBS OR PLANTS | $1,000 PER ITEM |
| RADIO OR TELEVISION ANTENNAS | $10,000 |
| PERSONAL EFFECTS AND PROPERTY OF OTHERS | $15,000 |
| POLLUTANT CLEAN UP AND REMOVAL | $25,000 |
| PROPERTY IN TRANSIT | $25,000 |
| PROPERTY OFF PREMISES | $25,000 |
| REFRIGERATED PRODUCTS | $10,000 |
| SALESPERSON'S SAMPLES | $10,000 |

Owners Ins. Co.

Issued    05-16-2022

AGENCY  BROADMOOR AGENCY INC
04-0911-00          MKT TERR 019

Company  Bill

**POLICY NUMBER   104604-07173459-22**
07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC

Term  08-01-2022  to  08-01-2023

55198 (12-10)

| STANDARD PROPERTY PLUS COVERAGE PACKAGE DECLARATION | |
|---|---|
| **COVERAGE** | **LIMIT** |
| UTILITY SERVICES FAILURE | $50,000 |
| VALUABLE PAPERS AND RECORDS ON PREMISES | $50,000 |
| VALUABLE PAPERS AND RECORDS OFF PREMISES | $10,000 |
| WATER BACK-UP FROM SEWERS OR DRAINS | $15,000 |

Forms that apply to this coverage part:

```
64004  (12-10)    54198  (12-10)    54334  (12-10)    64020  (12-10)    54189  (12-10)
54186  (12-10)    54218  (03-13)    54217  (07-17)    54216  (03-13)    54214  (03-13)
54221  (12-10)    54220  (06-00)    54219  (12-10)    54338  (03-13)    54339  (03-13)
64010  (12-10)    64000  (12-10)
```

**Coverages Provided**

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

**LOCATION 0001 - BUILDING 0001**

**Location:** 3806-3920 E State St, Rockford, IL 61108-2056

**Occupied As:** Retail

**Secured Interested Parties:** None

**Rating Information**

Territory: 511
Program: Mercantile
Protection Class: 02
Annual Receipts: $136,800
Class Rate - Bi & Extra Exp:  1.560

County: Winnebago
Construction: Mas N-C
Class Code: 0567
Specific Rate - Building:  0.024

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $4,724,800 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $25,000 | | 0.011 | $520.00 |
| Basic Group II | 80% | $25,000 | | 0.020 | $945.00 |
| Special | 80% | $25,000 | | 0.009 | $425.00 |
| Theft | 80% | $25,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $53.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $132.00 |
| Tier:  Standard | | | | | |

Owners Ins. Co.                                                                                        Issued    05-16-2022

AGENCY   BROADMOOR AGENCY INC                               Company     **POLICY NUMBER  104604-07173459-22**
         04-0911-00           MKT TERR 019                  Bill                                  07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC                                          Term  08-01-2022  to  08-01-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| ORDINANCE OR LAW | | | | | |
|   Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
|   Coverage B-Demolition | | $25,000 | $60,000 | | Included |
|   Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BI & EXTRA EXP | | | Actual Loss Sustained | | |
|   0 Hour Waiting Period | | | 12 Months | | |
|   Causes of Loss | | | | | |
|   Special | 0% | $0 | | 0.390 | $100.00 |
|   Theft | 0% | $0 | | | Included |
|   OPTIONAL COVERAGE | | | | | |
|   Equipment Breakdown | | $0 | See Form 54843 | | $3.00 |

Forms that apply to this building:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-16) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 64014 | (07-17) |
| 59390 | (11-20) | | | | | | | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 54833, 59390 | $22.00 |
| LOCATION 0001 | $2,200.00 |

## LOCATION 0003  -  BUILDING 0001

**Location:**  7955 Burden Rd, Machesney Pk, IL 61115-8277

**Occupied As:**  Machine Shop

**Secured Interested Parties:**  None

**Rating Information**

| | |
|---|---|
| Territory: 511 | County: Winnebago |
| Program: Industrial/Processing | Construction: Non-Comb |
| Protection Class: 02 | Class Code: 6900 |
| Annual Receipts: $59,700 | Specific Rate - Building:   0.031 |
| Class Rate - Bi & Extra Exp:  4.870 | |

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $900,500 | | |
|   Causes of Loss | | | | | |
|   Basic Group I | 80% | $25,000 | | 0.013 | $117.00 |
|   Basic Group II | 80% | $25,000 | | 0.034 | $306.00 |
|   Special | 80% | $25,000 | | 0.008 | $72.00 |
|   Theft | 80% | $25,000 | | | Included |

Owners Ins. Co.                                                              Issued    05-16-2022

AGENCY   BROADMOOR AGENCY INC                          Company   **POLICY NUMBER**  **104604-07173459-22**
         04-0911-00            MKT TERR 019            Bill                       07-46-IL-1008

INSURED   OLSON ENTERPRISES LLC                                 Term  08-01-2022  to  08-01-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $14.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $34.00 |
| Tier:  Standard | | | | | |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BI & EXTRA EXP | | | Actual Loss Sustained | | |
| 0 Hour Waiting Period | | | 12 Months | | |
| Causes of Loss | | | | | |
| Special | 0% | $0 | | 1.223 | $100.00 |
| Theft | 0% | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $3.00 |

Forms that apply to this building:
```
54833   (07-08)      IL0003  (07-02)    59350   (01-15)    54236   (02-12)    64037   (01-12)
64042   (12-10)      64224   (01-16)    IL0284  (01-18)    59325   (12-19)    64326   (07-19)
64320   (08-19)      64036   (02-12)    CP0090  (07-88)    64000   (12-10)    64013   (12-10)
64010   (12-10)      64020   (12-10)    64004   (12-10)    54843   (07-19)    64014   (07-17)
59390   (11-20)
```

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0003 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $6.00 |
| LOCATION 0003 | $652.00 |

## LOCATION 0004 - BUILDING 0001

**Location:**  6207 Material Ave, Loves Park, IL 61111-4283

**Occupied As:** Machine Shop

**Secured Interested Parties:** None

**Rating Information**

| | |
|---|---|
| Territory: 511 | County: Winnebago |
| Program: Industrial/Processing | Construction: Non-Comb |
| Protection Class: 04 | Class Code: 4450 |
| Rated As Sprinklered | Specific Rate - Building:  0.061 |
| Specific Rate - Business Income W/Ee & Rental Value:  0.061 | |

Owners Ins. Co.                                                                                    Issued    05-16-2022

AGENCY   BROADMOOR AGENCY INC                                    Company   **POLICY NUMBER   104604-07173459-22**
         04-0911-00              MKT TERR 019                    Bill                                07-46-IL-1008

INSURED   OLSON ENTERPRISES LLC                                                  Term  08-01-2022  to  08-01-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| **BUILDING** | | | $7,270,900 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $25,000 | | 0.023 | $1,672.00 |
| Basic Group II | 80% | $25,000 | | 0.033 | $2,399.00 |
| Special | 80% | $25,000 | | 0.008 | $582.00 |
| Theft | 80% | $25,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $131.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $373.00 |
| Tier:  Standard | | | | | |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| **BUSINESS INCOME W/EE & RENTAL VALUE** | | | $311,375 | | |
| 0 Hour Waiting Period | | | | | |
| Causes of Loss | | | | | |
| Basic Group I | | $0 | | 0.024 | $75.00 |
| Basic Group II | | $0 | | 0.063 | $196.00 |
| Special | | $0 | | 0.034 | $106.00 |
| Theft | | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Monthly Limit of Indemnity (fraction) 1/6 | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $10.00 |

Forms that apply to this building:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 59390 | (11-20) |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0004 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 54833, 59390 | $55.00 |
| LOCATION 0004 | $5,599.00 |

### LOCATION 0005  -  BUILDING 0001

**Location:**  4010 E State St, Rockford, IL 61108-2046

**Occupied As:**  Optical Goods Store

**Secured Interested Parties:**  None

Owners Ins. Co.                                                                                    Issued      05-16-2022

AGENCY  BROADMOOR AGENCY INC                                    Company    **POLICY NUMBER   104604-07173459-22**
04-0911-00              MKT TERR 019                           Bill                           07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC                                            Term  08-01-2022  to  08-01-2023

---

**Rating Information**

Territory: 511                                      County: Winnebago
Program: Mercantile                                 Construction: Mas N-C
Protection Class: 02                                Class Code: 0567
Annual Receipts: $530,000                           Class Rate - Building:  0.182
Class Rate - Bi & Extra Exp:  1.708

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $8,074,200 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $25,000 | | 0.009 | $727.00 |
| Basic Group II | 80% | $25,000 | | 0.013 | $1,050.00 |
| Special | 80% | $25,000 | | 0.010 | $807.00 |
| Theft | 80% | $25,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $72.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $180.00 |
| Tier:  Standard | | | | | |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BI & EXTRA EXP | | | Actual Loss Sustained | | |
| 0 Hour Waiting Period | | | 12 Months | | |
| Causes of Loss | | | | | |
| Special | 0% | $0 | | 0.427 | $196.00 |
| Theft | 0% | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $5.00 |

Forms that apply to this building:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 64014 | (07-17) |
| 59390 | (11-20) | | | | | | | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0005 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $30.00 |
| **LOCATION 0005** | **$3,067.00** |

| Owners Ins. Co. | | | | | | Issued | 05-16-2022 |

| AGENCY | BROADMOOR AGENCY INC | | | Company | **POLICY NUMBER** | **104604-07173459-22** |
| | 04-0911-00 | MKT TERR 019 | | Bill | | 07-46-IL-1008 |

| INSURED | OLSON ENTERPRISES LLC | | | | Term  08-01-2022  to  08-01-2023 |

---

## LOCATION 0006  -  BUILDING 0001

**Location:**  6201 Material Ave, Loves Park, IL 61111-4281

**Occupied As:**  Machine Shop

**Secured Interested Parties:**  None

**Rating Information**

| | |
|---|---|
| Territory: 511 | County: Winnebago |
| Program: Industrial/Processing | Construction: Mas N-C |
| Protection Class: 04 | Class Code: 4809 |
| Rated As Sprinklered | Specific Rate - Building:  0.031 |
| Specific Rate - Business Income W/Ee & Rental Value:  0.031 | |

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $10,384,900 | | |
| Causes of Loss | | | | | |
|  Basic Group I | 80% | $25,000 | | 0.009 | $935.00 |
|  Basic Group II | 80% | $25,000 | | 0.037 | $3,842.00 |
|  Special | 80% | $25,000 | | 0.009 | $935.00 |
|  Theft | 80% | $25,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
|  Inflation Guard Factor Building 1.102 | | | | | |
|  Replacement Cost | | | | | |
|  Equipment Breakdown | | $25,000 | See Form 54843 | | $160.00 |
|  Property Plus Coverage Package | | None | See 55198 (12-10) | | $458.00 |
|  Tier:  Standard | | | | | |
| ORDINANCE OR LAW | | | | | |
|  Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
|  Coverage B-Demolition | | $25,000 | $60,000 | | Included |
|  Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BUSINESS INCOME W/EE & RENTAL VALUE | | | $339,654 | | |
| 0 Hour Waiting Period | | | | | |
| Causes of Loss | | | | | |
|  Basic Group I | | $0 | | 0.013 | $44.00 |
|  Basic Group II | | $0 | | 0.065 | $221.00 |
|  Special | | $0 | | 0.034 | $115.00 |
|  Theft | | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
|  Monthly Limit of Indemnity (fraction) 1/6 | | | | | |
|  Equipment Breakdown | | $0 | See Form 54843 | | $10.00 |

Owners Ins. Co.                                                                                    Issued    05-16-2022

| AGENCY | BROADMOOR AGENCY INC | | | | Company | **POLICY NUMBER** | **104604-07173459-22** |
| | 04-0911-00 | MKT TERR 019 | | | Bill | | 07-46-IL-1008 |

INSURED   OLSON ENTERPRISES LLC                                             Term  08-01-2022  to  08-01-2023

Forms that apply to this building:

| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 59390 | (11-20) |

| **COMMERCIAL PROPERTY COVERAGE - LOCATION 0006 SUMMARY** | **PREMIUM** |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $67.00 |
| **LOCATION 0006** | **$6,787.00** |

## LOCATION 0007 - BUILDING 0001

**Location:**  6203 Material Ave, Loves Park, IL 61111-4282

**Occupied As:**  Machine Shop

**Secured Interested Parties:**  None

**Rating Information**

| | |
|---|---|
| Territory: 511 | County: Winnebago |
| Program: Mercantile | Construction: Frame |
| Protection Class: 04 | Class Code: 6850 |
| Rated As Sprinklered | Annual Receipts: $112,320 |
| Specific Rate - Building:  0.062 | Class Rate - Bi & Extra Exp:  1.560 |

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| **BUILDING**<br>Causes of Loss | | | $3,092,600 | | |
| Basic Group I | 80% | $25,000 | | 0.029 | $897.00 |
| Basic Group II | 80% | $25,000 | | 0.040 | $1,237.00 |
| Special | 80% | $25,000 | | 0.010 | $309.00 |
| Theft | 80% | $25,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $68.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $170.00 |
| Tier:  Standard | | | | | |
| ORDINANCE OR LAW<br>Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |

Owners Ins. Co.                                                                          Issued      05-16-2022

AGENCY   BROADMOOR AGENCY INC                              Company   **POLICY NUMBER   104604-07173459-22**
         04-0911-00          MKT TERR 019                  Bill                              07-46-IL-1008

INSURED   OLSON ENTERPRISES LLC                                       Term  08-01-2022  to  08-01-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BI & EXTRA EXP | | | Actual Loss Sustained | | |
| 0 Hour Waiting Period | | | 12 Months | | |
| Causes of Loss | | | | | |
| Special | 0% | $0 | | 0.817 | $100.00 |
| Theft | 0% | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $3.00 |

Forms that apply to this building:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 64014 | (07-17) |
| 59390 | (11-20) | | | | | | | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0007 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $28.00 |
| **LOCATION 0007** | **$2,812.00** |

### LOCATION 0008  -  BUILDING 0001

**Location:**  4002 E State St, Rockford, IL 61108-2006

**Occupied As:**  Restaurant

**Secured Interested Parties:**  None

**Rating Information**
Territory: 511                                        County: Winnebago
Program: Restaurant                                   Construction: Masonry
Protection Class: 02                                  Class Code: 0544
Annual Receipts: $12,000                              Specific Rate - Building:  0.227
Class Rate - Bi & Extra Exp:  2.320

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $812,900 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $25,000 | | 0.160 | $1,301.00 |
| Basic Group II | 80% | $25,000 | | 0.051 | $415.00 |
| Special | 80% | $25,000 | | 0.012 | $98.00 |
| Theft | 80% | $25,000 | | | Included |

Owners Ins. Co.                                                                     Issued     05-16-2022

AGENCY   BROADMOOR AGENCY INC                          Company   **POLICY NUMBER   104604-07173459-22**
         04-0911-00           MKT TERR 019             Bill                        07-46-IL-1008

INSURED   OLSON ENTERPRISES LLC                                  Term  08-01-2022  to  08-01-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $50.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $126.00 |
| Tier:  Standard | | | | | |
| ORDINANCE OR LAW<br>Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BI & EXTRA EXP<br>0 Hour Waiting Period | | | Actual Loss Sustained<br>12 Months | | |
| Causes of Loss | | | | | |
| Special | 0% | $0 | | 0.839 | $100.00 |
| Theft | 0% | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $3.00 |

Forms that apply to this building:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 64014 | (07-17) |
| 59390 | (11-20) | | | | | | | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0008 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $21.00 |
| LOCATION 0008 | $2,114.00 |

## LOCATION 0009  -  BUILDING 0001

**Location:**  7939 Burden Rd, Machesney Park, IL 61115-8277

**Occupied As:**  Rec Center

**Secured Interested Parties:**  None

**Rating Information**

| | |
|---|---|
| Territory: 510 | County: Winnebago |
| Program: Mercantile | Construction: Non-Comb |
| Protection Class: 02 | Class Code: 0844 |
| Annual Receipts: $59,700 | Specific Rate - Building:   0.033 |
| Class Rate - Bi & Extra Exp:  1.560 | |

Owners Ins. Co.                                                                        Issued     05-16-2022

| | |
|---|---|
| AGENCY  BROADMOOR AGENCY INC<br>04-0911-00          MKT TERR 019 | Company  **POLICY NUMBER   104604-07173459-22**<br>Bill                                              07-46-IL-1008 |
| INSURED  OLSON ENTERPRISES LLC | Term  08-01-2022  to  08-01-2023 |

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $1,916,100 | | |
| Causes of Loss | | | | | |
|   Basic Group I | 80% | $25,000 | | 0.014 | $268.00 |
|   Basic Group II | 80% | $25,000 | | 0.024 | $460.00 |
|   Special | 80% | $25,000 | | 0.009 | $172.00 |
|   Theft | 80% | $25,000 | | | Included |
|  OPTIONAL COVERAGE | | | | | |
|   Inflation Guard Factor Building 1.102 | | | | | |
|   Replacement Cost | | | | | |
|   Equipment Breakdown | | $25,000 | See Form 54843 | | $25.00 |
|   Property Plus Coverage Package | | None | See 55198 (12-10) | | $63.00 |
|  Tier:  Standard | | | | | |
| ORDINANCE OR LAW | | | | | |
|  Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
|  Coverage B-Demolition | | $25,000 | $60,000 | | Included |
|  Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BI & EXTRA EXP | | | Actual Loss Sustained | | |
|  0 Hour Waiting Period | | | 12 Months | | |
| Causes of Loss | | | | | |
|  Special | 0% | $0 | | 0.443 | $100.00 |
|  Theft | 0% | $0 | | | Included |
|  OPTIONAL COVERAGE | | | | | |
|   Equipment Breakdown | | $0 | See Form 54843 | | $3.00 |

Forms that apply to this building:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 64014 | (07-17) |
| 59390 | (11-20) | | | | | | | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0009 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $11.00 |
| LOCATION 0009 | $1,102.00 |

55040 (11-87)

## COMMERCIAL GENERAL LIABILITY COVERAGE

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| General Aggregate | $1,000,000 |
| (Other Than Products-Completed Operations) | |

Owners Ins. Co.                                                                          Issued    05-16-2022

AGENCY   BROADMOOR AGENCY INC          Company   **POLICY NUMBER   104604-07173459-22**
         04-0911-00        MKT TERR 019  Bill                       07-46-IL-1008

INSURED   OLSON ENTERPRISES LLC                                     Term   08-01-2022   to   08-01-2023

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| Products-Completed Operations Aggregate | $1,000,000 |
| Personal And Advertising Injury | $1,000,000 |
| Each Occurrence | $1,000,000 |
| **COMMERCIAL GENERAL LIABILITY PLUS ENDORSEMENT** | |
| Damage to Premises Rented to You | $300,000 Any One Premises |
| (Fire, Lightning, Explosion, Smoke or Water Damage) | |
| Medical Payments | $10,000 Any One Person |
| Expanded Coverage Details See Form: | |
| Extended Watercraft | |
| Personal Injury Extension | |
| Broadened Supplementary Payments | |
| Broadened Knowledge Of Occurrence | |
| Additional Products-Completed Operations Aggregate | |
| Blanket Additional Insured - Lessor of Leased Equipment | |
| Blanket Additional Insured - Managers or Lessors of Premises | |
| Newly Formed or Acquired Organizations Extension | |
| Blanket Waiver of Subrogation | |

Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12 month period in accordance with form 55885.

**AUDIT TYPE:** Non-Audited

Forms that apply to this coverage:

```
55405    (07-08)      59350   (01-15)      55146   (06-04)      IL0017  (11-85)      IL0021  (07-02)
CG2106  (05-14)      55352   (05-17)      CG2294  (10-01)      CG0001  (04-13)      55791   (05-17)
55358   (05-17)      IL0147  (09-11)      CG2109  (06-15)      55513   (05-17)      55029   (05-17)
CG2196  (03-05)      55152   (05-17)      CG2147  (12-07)      55885   (05-17)      CG2167  (12-04)
59325   (12-19)      59390   (11-20)
```

### LOCATION 0001  -  BUILDING 0001

**Location:** 3806-3920 E State St, Rockford, IL 61108-2056

**Territory:** 008                          **County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Commercial General Liability Plus Endorsement Included At 7.5% Of The Premises Operation Premium | 00501 | Prem/Op | Prem/Op Prem Included | Included | Included |
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 42,810 42,810 | Each 1000 27.965 1.301 | $1,197.00 $56.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | $13.00 |
| LOCATION 0001 | **$1,266.00** |

Owners Ins. Co.                                                                          Issued     05-16-2022

AGENCY   BROADMOOR AGENCY INC                              Company    **POLICY NUMBER**   **104604-07173459-22**
         04-0911-00              MKT TERR 019              Bill                          07-46-IL-1008

INSURED   OLSON ENTERPRISES LLC                                       Term   08-01-2022  to  08-01-2023

---

### LOCATION 0003 - BUILDING 0001

**Location:** 7955 Burden Rd, Machesney Pk, IL 61115-8277

**Territory:** 014                                    **County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 8,000 8,000 | Each 1000 22.621 1.144 | $181.00 $9.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0003 SUMMARY | | | | | PREMIUM |
|---|---|---|---|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | | | | | $2.00 |
| | | | | LOCATION 0003 | $192.00 |

---

### LOCATION 0004 - BUILDING 0001

**Location:** 6207 Material Ave, Loves Park, IL 61111-4283

**Territory:** 014                                    **County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 90,800 90,800 | Each 1000 22.621 1.144 | $2,054.00 $104.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0004 SUMMARY | | | | | PREMIUM |
|---|---|---|---|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | | | | | $22.00 |
| | | | | LOCATION 0004 | $2,180.00 |

---

### LOCATION 0005 - BUILDING 0001

**Location:** 4010 E State St, Rockford, IL 61108-2046

**Territory:** 008                                    **County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 84,962 84,962 | Each 1000 27.965 1.301 | $2,376.00 $111.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0005 SUMMARY | | | | | PREMIUM |
|---|---|---|---|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | | | | | $25.00 |
| | | | | LOCATION 0005 | $2,512.00 |

Owners Ins. Co.                                                                                          Issued      05-16-2022

AGENCY  BROADMOOR AGENCY INC                                    Company    **POLICY NUMBER  104604-07173459-22**
        04-0911-00            MKT TERR 019                      Bill                               07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC                                             Term  08-01-2022  to  08-01-2023

---

### LOCATION 0006  -  BUILDING 0001

**Location:**  6201 Material Ave, Loves Park, IL 61111-4281

**Territory:**  014                                        **County:**  Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op<br>Prod/Comp Op | Area<br>16,500<br>16,500 | Each 1000<br>22.621<br>1.144 | $373.00<br>$19.00 |
| Warehouses-Private (Not-For Profit) | 68707 | Prem/Op<br>Prod/Comp Op | Area<br>1,600<br>1,600 | Each 1000<br>16.020<br>.801 | $26.00<br>$1.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0006 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | $4.00 |
| **LOCATION 0006** | **$423.00** |

---

### LOCATION 0007  -  BUILDING 0001

**Location:**  6203 Material Ave, Loves Park, IL 61111-4282

**Territory:**  014                                        **County:**  Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op<br>Prod/Comp Op | Area<br>34,509<br>34,509 | Each 1000<br>25.680<br>1.301 | $886.00<br>$45.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0007 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | $9.00 |
| **LOCATION 0007** | **$940.00** |

---

### LOCATION 0008  -  BUILDING 0001

**Location:**  4002 E State St, Rockford, IL 61108-2006

**Territory:**  008                                        **County:**  Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op<br>Prod/Comp Op | Area<br>4,972<br>4,972 | Each 1000<br>30.770<br>1.433 | $153.00<br>$7.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0008 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | $2.00 |
| **LOCATION 0008** | **$162.00** |

Owners Ins. Co.

Issued    05-16-2022

AGENCY   BROADMOOR AGENCY INC
04-0911-00          MKT TERR 019

Company
Bill

**POLICY NUMBER   104604-07173459-22**
07-46-IL-1008

INSURED   OLSON ENTERPRISES LLC

Term   08-01-2022   to   08-01-2023

---

## LOCATION 0009  -  BUILDING 0001

**Location:**  7939 Burden Rd, Machesney Park, IL 61115-8277

**Territory:**  014

**County:**  Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 8,500 8,500 | Each 1000 25.680 1.301 | $218.00 $11.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0009 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 55405, 59390 | $2.00 |
| **LOCATION 0009** | **$231.00** |

---

## LOCATION 0010  -  BUILDING 0001

**Location:**  7911 Burden Rd, Machesney Park, IL 61115-8277

**Territory:**  014

**County:**  Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 2,400 2,400 | Each 1000 28.256 1.433 | $68.00 $3.00 |
| Dwellings - One-Family (Lessor's Risk Only) | 63010 | Prem/Op Prod/Comp Op | Dwellings 1 1 | Each  1 22.110 1.122 | $22.00 $1.00 |
| Warehouses-Private (Not-For Profit) | 68707 | Prem/Op Prod/Comp Op | Area 1,000 1,000 | Each 1000 20.011 1.003 | $20.00 $1.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0010 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 55405, 59390 | $1.00 |
| **LOCATION 0010** | **$116.00** |

54217 (7-17)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ELECTRONIC DATA PROCESSING EQUIPMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

**A. COVERAGE, 4. Additional Coverages** is amended.
The following Additional Coverage is added.
**Electronic Data Processing Equipment**
**a. Covered Property**
We will pay for:
(1) Direct physical loss of or damage to electronic equipment, component parts of such equipment, "media" and air conditioning equipment necessary for the operation of the electronic equipment:
    (a) Which you own or which is in your care, custody or control; and
    (b) While located at the premises described in the Declarations. This provision **(b)** does not apply to "laptop computers"; and
    (c) Caused by or resulting from any Covered Cause of Loss.
(2) Your costs to research, replace or restore "electronic data" contained on damaged "media" because such "electronic data" has been destroyed or corrupted.
**b. Exclusions**
**B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM is amended. The following exclusions are added for purposes of this Additional Coverage only.
(1) "Electrical disturbance" unless caused by lightning.
(2) Loss or damage caused by:
    (a) Data processing "media" failure; or
    (b) Breakdown or malfunction of the data processing equipment and component parts while the "media" is being run through the system. We will cover loss, damage or expense caused directly by ensuing fire or explosion.
(3) Actual work upon, installation or testing of Covered Property. We will cover loss, caused by ensuing fire or explosion.

(4) "Mechanical breakdown". We will cover loss, damage or expense caused directly by lightning or by ensuing fire or explosion.
(5) Faulty construction or error in design of the Covered Property. We will cover loss, damage or expense caused directly by ensuing fire or explosion.
(6) Delay or loss of market.
(7) Breakage, marring, scratching, tearing or denting of any "laptop computer", unless caused by:
    (a) fire or lightning;
    (b) aircraft;
    (c) theft or attempted theft;
    (d) windstorm or hail;
    (e) earthquake;
    (f) flood;
    (g) explosion;
    (h) vandalism or malicious mischief; or
    (i) collision, derailment or overturn of a transporting conveyance.
**c. Limit of Insurance**
(1) Our payment for electronic equipment, component parts of such equipment and air conditioning equipment necessary for the operation of such electronic equipment shall not exceed the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.
(2) Our payment for "media" shall not exceed the smallest of the following:
    (a) The actual cost to repair, replace or reproduce the "media", including your costs to research, replace or restore information;
    (b) If the "media" is not repaired, replaced or reproduced, the value of blank "media"; or
    (c) The Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

The Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT is the total limit of our liability for loss or damage to all Covered Property in any one occurrence at one location. With respect to Covered Property you do not own, we will pay no more than the amount for which you are legally liable.

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

**d. Coverage Extensions**

The following extensions apply only to this endorsement.

**(1) Property At Newly Acquired Or Temporary Locations**

    **(a)** You may extend the coverage provided under **a. Covered Property**, to apply to property:

        **1)** At any location you acquire; or

        **2)** At any temporary location, other than fairs or exhibitions, you acquire

        within the territorial limits and intended for similar occupancy or warehousing purposes for the business described in the Declarations.

        The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

    **(b)** This coverage extension will end when any of the following first occurs:

        **1)** Sixty (60) days from your acquisition or use of such property;

        **2)** On the date values at such locations are reported to us; or

        **3)** On the expiration date of the policy.

**(2) Newly Acquired Property**

    **(a)** You may extend the coverage provided under **a. Covered Property**, to apply to property which you newly acquire, of the same type as the property covered at the described premises.

    The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

    **(b)** This coverage extension will end when any of the following first occurs:

        **1)** Sixty (60) days from your acquisition or use of such property;

        **2)** On the date values of such property are reported to us; or

        **3)** On the expiration date of the policy.

Each of these extensions is additional insurance.

**e.** The following **Additional Coverages** apply only to this endorsement.

**(1) Transportation**

    **(a)** You may apply up to $10,000, for any one occurrence for loss of or damage to property caused by:

        **1)** Fire; lightning; explosion; smoke; riot and civil commotion; and vandalism and malicious mischief;

        **2)** The overturning, upset, or collision of the vehicle transporting the insured property, with another vehicle or object other than the road bed; or

        **3)** Theft of an entire shipping bale, case or package from a vehicle:

            **a)** While such property is in a fully enclosed and securely locked body or compartment; and

            **b)** Theft results from forcible entry, evidenced by visible marks

        which occurs during transportation by motor vehicles you own, lease or operate.

    **(b)** We do not cover under this extension property held as samples, held for rental or sale or that you rent to others while in the care, custody or control of salespersons.

**(2) Business Income and Extra Expense**

    **(a) Business Income**

        **1)** Subject to the Limit of Insurance provisions of this Additional Coverage, we will pay for the actual loss of Business Income you sustain as a direct result of the necessary "suspension" of your "operations" during the "period of restoration" caused by accidental direct physical loss of or damage to:

            **a)** The electronic equipment or "media" covered by this Additional Coverage;

            **b)** The building housing the electronic equipment or "media" that prevents access to and use of the electronic equipment or "media"; or

            **c)** The air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 1,000 feet of the building

        caused by the perils insured against and subject to **b. Exclusions**.

        **2)** We will also pay expenses you incur to reduce the covered loss. We will not pay for expenses:

            **a)** You incur to extinguish a fire; or

**b)** That exceed the amount by which the covered loss is reduced.

**3)** Business Income means the:
**a)** Net income (Net Profit or Loss before income taxes) that would have been earned or incurred; and
**b)** Continuing normal operating expenses incurred, including payroll.

**(b) Extra Expense**
**1)** Subject to the Limit of Insurance provisions of this Additional Coverage, we will pay necessary Extra Expense, other than loss of Business Income, you incur to continue "normal" operations of your business following accidental direct physical loss of or damage to:
**a)** The electronic equipment or "media" covered by this Additional Coverage;
**b)** The building housing the electronic equipment or "media" that prevents access to and use of the equipment or "media"; or
**c)** The air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 1,000 feet of the building

caused by the perils insured against and subject to **b. Exclusions**.

You must resume normal operation of your business as soon as practical.

**2)** **a)** We will also cover the cost to repair, replace or restore:
**i.** Books of account, abstracts, drawings;
**ii.** Card index systems; or
**iii.** Other records or data such as film, tape, disks, drum, cell or other magnetic storage or recording "media" for electronic data processing

that have been damaged or destroyed by perils we insure against.
**b)** Such cost must:
**i.** Exceed the normal cost for such repair, replacement or restoration; and
**ii.** Be incurred to reduce loss under this endorsement.

**3)** Extra Expense means expense incurred:
**a)** To avoid or minimize the "suspension" of business and continue "operations":

**i.** At the described premises; or
**ii.** At replacement premises or at temporary locations, including:
**(i)** Relocation expenses; and
**(ii)** Costs to equip and operate the replacement or temporary locations.
**b)** To minimize the suspension of business if you cannot continue "operations".
**c)** **i.** To repair or replace any Covered Property; or
**ii.** To research, replace or restore the lost information on damaged valuable papers and records to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

**(c) Coverage Extension - Civil Authority**
In this Coverage Extension - Civil Authority, the described premises are premises to which this endorsement applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, you may extend your Business Income and Extra Expense Coverages to apply to the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:
**1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and
**2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income and Extra Expense will begin immediately following the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which coverage began.

**(d) Exclusions**

The following exclusions apply to the Business Income and Extra Expense provided by this Additional Coverage only and are in addition to those contained in **b.**

**Exclusions**.

**1)** We will not be liable for any increase in loss of Business Income or Extra Expense caused by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

   **a)** Enforcement of any ordinance or law regulating construction, repair or demolition of buildings or structures;

   **b)** Interference at the described premises by strikers or other persons with:

      **i.** Rebuilding, repairing or replacing the property; or

      **ii.** Resumption or continuation of business; or

   **c)** The suspension, lapse, or cancellation of any lease, license, contract or order beyond the "period of restoration".

**2)** We will not cover loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

   **a)** Theft of any property, which is not an integral part of a building or structure at the time of loss. We will cover direct loss that ensues from a peril not excluded in this policy. We will cover direct loss by pillage and looting which occurs during and at the immediate place of riot or civil commotion.

   **b)** Any other consequential or remote loss.

**(e) Limit of Insurance**

**1)** Business Income

Subject to **(e) Limit of Insurance**, Paragraph **3)**, we will pay only for loss of your Business Income that occurs during the "period of restoration", but not exceeding twelve (12) consecutive months after the date of accidental direct physical loss of or damage to Covered Property, resulting from a Covered Cause of Loss.

**2)** Extra Expense

Subject to **(e) Limit of Insurance**, Paragraph **3)**, we will pay for necessary Extra Expense during the "period of restoration" starting with the date of damage or destruction. Payments under this coverage shall not be limited by the expiration of the policy.

**3)** Our total payment for both Business Income and Extra Expense for any one occurrence shall not exceed $100,000.

**(f) Loss Determination**

**1)** The amount of Business Income loss will be determined based on:

   **a)** The Net Income of the business before the direct physical loss or damage occurred;

   **b)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

   **c)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

   **d)** Other relevant sources of information, including:

      **i.** Your financial records and accounting procedures;

      **ii.** Bills, invoices and other vouchers; and

      **iii.** Deeds, liens or contracts.

**2)** The amount of Extra Expense will be determined based on:

   **a)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

      **i.** The salvage value that remains of any property bought for temporary use during the "period of restoration" once "operations" are resumed; and

      **ii.** Any Extra Expense that is paid for by other insurance, except

for insurance that is written sub-
ject to the same plan, terms,
conditions and provisions as
this insurance; and

**b)** All necessary expenses that reduce
the Business Income loss that
otherwise would have been
incurred.

**3)** Resumption Of Operations
We will reduce the amount of your:

**a)** Business Income loss, other than
Extra Expense, to the extent you
can resume your "operations", in
whole or in part, by using damaged
or undamaged property (including
merchandise or stock) at the des-
cribed premises or elsewhere.

**b)** Extra Expense loss to the extent
you can return "operations" to nor-
mal and discontinue such Extra
Expense.

**4)** If you do not resume "operations", or do
not resume "operations" as quickly as
possible, we will pay based on the
length of time it would have taken to
resume "operations" as quickly as
possible.

**(g) Loss Payment - Business Income and
Extra Expense**
We will pay for covered loss within thirty (30)
days after we receive the sworn proof of
loss, if:

**1)** You have complied with all of the terms
of this endorsement; and

**2) a)** We have reached agreement with
you on the amount of loss; or

**b)** An appraisal award has been made.

**f. Definitions**
**H. DEFINITIONS** is amended. The following defini-
tions are added for purposes of this Additional
Coverage only.

**(1)** "Electrical Disturbance" means electrical or
magnetic damage, disturbance or erasure of
electronic recordings.

**(2)** "Laptop Computer" means portable data collec-
tors, notebook (laptop) computers, subnotebook
computers, palmtop computers, handheld

computers, tablet computers, credit card read-
ers and portable or any similar computer. Lap-
top computer does not mean cellular phone,
wireless phone or pager.

**(3)** "Mechanical Breakdown" means component fail-
ure or mechanical malfunction, breakdown or
failure.

**(4)** "Media" means materials on which information is
recorded such as film, magnetic tape, paper
tape, disks, drums, and cards. Media includes
computer software.

**(5)** "Normal" means the condition that would have
existed had no loss occurred.

**(6)** "Operations" means your business activities
occurring at the described premises.

**(7)** "Period of Restoration":

**(a)** Means the period of time that:

**1)** Begins with the date of direct physical
loss or damage caused by or resulting
from any Covered Cause of Loss at the
described premises; and

**2)** Ends on the date when the property at
the described premises should be re-
paired, rebuilt or replaced with reason-
able speed and similar quality.

**(b)** Does not include any increased period re-
quired resulting from the enforcement of any
law that:

**1)** Regulates the construction, use or re-
pair, or requires the tearing down of any
property; or

**2)** Requires any insured or others to test
for, monitor, clean up, remove, contain,
treat, detoxify or neutralize, or in any
way respond to, or assess the effects of
"pollutants".

**(c)** The expiration date of this policy will not
shorten or cause the "period of restoration"
to terminate.

**(8)** "Suspension" means:

**(a)** The slowdown or cessation of your business
activities; or

**(b)** That a part or all of the described premises
is rendered untenantable, if coverage for
Business Income applies.

All other policy terms and conditions apply.

64320 (8-19)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CIVIL UNION

This endorsement modifies insurance under the following:

COMMERCIAL PROPERTY COVERAGE PART

Wherever it is found, the term spouse is replaced by the following phrase.

Spouse or party to a civil union under Illinois law.

All other policy terms and conditions apply.

64320 (8-19)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 1 of 1

64326 (7-19)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES - ACTUAL CASH VALUE AND DEPRECIATION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

Wherever it appears in this Coverage Part and any endorsement attached to this Coverage Part:
1. Actual cash value means the cost to repair or replace lost or damaged property with property of similar quality and features reduced by the amount of depreciation applicable to the lost or damaged property immediately prior to the loss.
2. Depreciation means a decrease in value because of age, wear, obsolescence or market value and includes:
    a. The cost of materials, labor and services;

    b. Any applicable taxes; and
    c. Profit and overhead
    necessary to repair, rebuild or replace lost or damaged property.
The meanings of actual cash value and depreciation in this endorsement supersedes any provision in this Coverage Part and any endorsement attached to this Coverage Part to the contrary.

All other policy terms and conditions apply.

64036 (2-12)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PROPERTY DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

SECTION **D. DEDUCTIBLE** is deleted and replaced by the following:

**D. DEDUCTIBLE**

The applicable Deductible shown in the Declarations will apply separately to:

1. Each building sustaining loss or damage.
2. The personal property at each building at which there is loss or damage to personal property.

However, if there is loss or damage to both a building and its personal property, only one deductible will apply for that building.

In any one occurrence of loss or damage (hereinafter referred to as loss), the Deductible shown in the Declarations will apply as follows:

a. We will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage.
   (1) If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss.
   (2) If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of the loss and will pay the resulting amount or the Limit of Insurance, whichever is less.
b. If paragraph **a.**, above does not apply:
   (1) If the amount of loss is less than or equal to the Deductible, we will not pay for that loss.
   (2) If the amount of loss exceeds the Deductible, we will then subtract the Deductible from the loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible.

c. No Deductible applies to the following Additional Coverages:
   (1) Fire Department Service Charge;
   (2) Fire Extinguisher Systems Recharge Expense;
   (3) Arson Reward;
   (4) Theft Reward; and
   (5) Rekeying of Locks.

In the following Examples, the figures used are for illustrative purposes only and do not reflect your actual insurance.

The following Examples assume there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Deductible: | $   250 |
| Limit of Insurance - Building #1: | $60,000 |
| Limit of Insurance - Building #2: | $80,000 |
| Loss to Building #1: | $60,100 |
| Loss to Building #2: | $80,200 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible. The amount of loss to Building #2 ($80,200) is less than the sum ($80,250) of the Limit of Insurance applicable to Building #2 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1 and Building #2.

$60,100
**-    250**
$59,850 Loss Payable - Building #1
$80,200
**-    250**
$79,950 Loss Payable - Building #2

**EXAMPLE #2**
The Deductible and Limits of Insurance are the same as
those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building #1: | $60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building #1: | $80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $140,000 |

All other policy terms and conditions apply.

55405 (7-08)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**A. Applicability Of This Endorsement**

1. **The provisions of this endorsement will apply if and when one of the following situations occurs:**

   a. **The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or**

   b. **The Program is renewed, extended or otherwise continued in effect:**

      (1) **With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and**

      (2) **We are not required by the Program to make terrorism coverage available to you and elect not to do so.**

2. **When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".**

3. **If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect. However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.**

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

c. Commission or threat of an act that inter-
feres with or disrupts an electronic, com-
munication, information, or mechanical
system; and

2. When one or both of the following applies:

a. The effect is to intimidate or coerce a
government or the civilian population or any
segments thereof, or to disrupt any segment
of the economy; or

b. It appears that the intent is to intimidate or
coerce a government or the civilian popu-
lation, or to further political, ideological,
religious, social or economic objectives or to
express (or express opposition to) a philo-
sophy or ideology.

C. The following exclusion is added:

**Exclusion Of "Terrorism"**

We will not pay for "bodily injury", "property dam-
age", "personal injury" or "advertising injury" caused
directly or indirectly by "terrorism", including action in
hindering or defending against an actual or expected
incident of "terrorism". All "bodily injury", "property
damage", "personal injury" or "advertising injury" is
excluded regardless of any other cause or event that
contributes concurrently or in any sequence to such

injury or damage. This exclusion applies only when
one or more of the following are attributed to an inci-
dent of "terrorism":

1. The "terrorism" is carried out by means of the
dispersal or application of radioactive material,
or through the use of a nuclear weapon or
device that involves or produces a nuclear
reaction, nuclear radiation or radioactive
contamination;

2. Radioactive material is released, and it appears
that one purpose of the "terrorism" was to rel-
ease such material;

3. The "terrorism" is carried out by means of the
dispersal or application of pathogenic or poi-
sonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical
materials are released, and it appears that one
purpose of the "terrorism" was to release such
materials.

Multiple incidents of "terrorism" which occur within a
72-hour period and appear to be carried out in
concert or to have a related purpose or common
leadership will be deemed to be one incident,
regardless of whether this endorsement was in
effect during the entirety of that time period or not.

54833 (7-08)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A. Applicability Of This Endorsement**

1. **The provisions of this endorsement will apply if and when one of the following situations occurs:**

   a. **The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or**

   b. **The Program is renewed, extended or otherwise continued in effect:**

      (1) **With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and**

      (2) **We are not required by the Program to make terrorism coverage available to you and elect not to do so.**

2. **When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".**

3. **If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect.  However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide the revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.**

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**2.** When one or both of the following applies:

   **a.** The effect is to intimidate or coerce a government or the civilian population or any segments thereof, or to disrupt any segment of the economy; or

   **b.** It appears that the intent is to intimidate or coerce a government or the civilian population, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**Exclusion Of "Terrorism"**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material;

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, regardless of whether this endorsement was in effect during the entirety of that time period or not.

**D. Exception To Exclusion Of "Terrorism" For Certain Fire Losses**

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage caused by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms or to the Legal Liability Coverage Form.

59350 (1-15)

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
# AND
# IMPORTANT INFORMATION REGARDING TERRORISM RISK
# INSURANCE COVERAGE

It is agreed:

1.  With respect to any one or more certified acts of terrorism, we will not pay any amounts for which we are not responsible because of the application of any provision which results in a cap on our liability for payments for terrorism losses in accordance with the terms of the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

2.  Certified act of terrorism means any act certified by the Secretary of the Treasury, in consultation with:

    a.  the Secretary of Homeland Security; and
    b.  the Attorney General of the United States

    to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

3.  Under the federal Terrorism Risk Act of 2002 (including ensuing Congressional actions pursuant to the Act) a terrorist act may be certified:

    a.  if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act exceed $5 million; and

    b.  (1) if the act of terrorism is:

        a)  a violent act; or

        b)  an act that is dangerous to human life, property or infrastructure; and

        (2) if the act is committed:

        a)  by an individual or individuals as part of an effort to coerce the civilian population of the United States; or

        b)  to influence the policy or affect the conduct of the United States government by coercion.

All other policy terms and conditions apply.

# IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002. The Act (including ensuing Congressional actions pursuant to the Act) defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

Subject to the policy terms and conditions, this policy provides insurance coverage for acts of terrorism as defined in the Act.

Any coverage for certain commercial lines of property and casualty insurance provided by your policy for losses caused by certified acts of terrorism are partially paid by the federal government under a formula established by federal law. Under this formula, the government will reimburse us for 85% of such covered losses that exceed the statutory deductible paid by us. However, beginning January 1, 2016 the share will decrease 1% per calendar year until it equals 80%. **You should also know that in the event aggregate insured losses exceed $100 billion during any year the Act is in effect, then the federal government and participating United States insurers that have met their insurer deductible shall not be liable for the payment of any portion of that amount of the loss that exceeds $100 billion. In the event that aggregate insured losses exceed $100 billion annually, no additional claims will be paid by the federal government or insurers.** This formula is currently effective through December 31, 2020 unless extended.

The premium charge, if any, for this coverage is shown separately on the attached Declarations page. In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act.

Please contact us if you would like to reject coverage for certified acts of terrorism.

Case: 3:25-cv-50429 Document #: 1 Filed: 10/01/25 Page 48 of 107 PageID #:51
This form is approved by the Illinois Supreme Court and must be accepted in all Illinois courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|

**STATE OF ILLINOIS, CIRCUIT COURT**

Winnebago **COUNTY**

**SUMMONS**

*For Court Use Only*

**\*\*ELECTRONICALLY FILED\*\***
DOC ID: 34674226
CASE NO: 2025-MR-0000346
DATE: 9/30/2025 11:04 AM
BY: J P, DEPUTY

**Instructions ▼**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Below "Defendants/ Respondents," enter the names of all people you are suing.

Enter the Case Number given by the Circuit Clerk.

OLSON ENTERPRISES LLC

**Plaintiff / Petitioner** *(First, middle, last name)*

v.

**Defendants / Respondents** *(First, middle, last name)*

AUTO-OWNERS INSURANCE COMPANY

2025-MR-0000346

**Case Number**

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

# IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees*.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

## Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Detinue
- Order of protection
- Divorce
- Administrative review cases
- Eviction
- Stalking no contact orders
- Paternity
- Adult guardianship
- Foreclosure
- Civil no contact orders
- Small Claims

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the Case Number of the Case you are filing: 2025-MR-000345

1. **Defendant/Respondent's address and service information:**

   a. Defendant/Respondent's primary address/information for service:

   Name *(First, Middle, Last)*: AUTO-OWNERS INSURANCE COMPANY

   Registered Agent's name, if any: _____

   Street Address, Unit #:  6101 ANACAPRI BOULEVARD

   City, State, ZIP:  LANSING, MICHIGAN 48917

   Telephone: _____  Email: _____

   b. If you have more than one address where Defendant/Respondent might be found, list that here:

   Name *(First, Middle, Last)*: _____

   Street Address, Unit #: _____

   City, State, ZIP: _____

   Telephone: _____  Email: _____

   c. Method of service on Defendant/Respondent:

   ☐ Sheriff          ☐ Sheriff outside Illinois: _____
   
   *County & State*

   ☑ Special process server          ☐ Licensed private detective

☐ **I am serving more than 1 Defendant/Respondent.**

I have attached _____ *Additional Defendant/Respondent Address*

*Number*

*and Service Information* forms.

2. **Information about the lawsuit:**

   a. Amount claimed:  $ _____

   ☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

3. **Contact information for the Plaintiff/Petitioner:**

   Name *(First, Middle, Last)*: Kevin K. McCormick/McCormick Law

   Street Address, Unit #:  10 E. Scranton Ave., Suite 201

   City, State, ZIP:  Lake Bluff, IL 60044

   Telephone:  (847) 629-0697          Email:  kevin@mccormicklawllc.com

   **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

   **You have been sued.** Read all of the documents attached to this *Summons*.
   To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

4. **Instructions for person receiving this** *Summons (Defendant)*:

   ☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

   Address:  400 W State Street

   City, State, ZIP:  Rockford, IL 61101

   CMC:10/9/25 @9:15AM rm 426

### Sidebar notes

In **1a**, enter the name and address of the first Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

In **1b**, enter a second address for the first Defendant/Respondent, if you have one.

In **1c**, check how you are sending your documents to this Defendant/Respondent.

Check here if you are serving more than 1 Defendant/Respondent. Attach an *Additional Defendant/Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

In **3**, enter your complete address, telephone number, and email address, if you have one.

**Important information for the person getting this form**

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

<table>
<tr><td>

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

</td></tr>
</table>

☐ **b.** **Attend court:**

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
    *Date*          *Time*                      *Courtroom*

**In-person at:**

_____
*Courthouse Address*     *City*           *State*     *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
              *Call-in number for telephone remote appearance*

By video conference: _____
                 *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
             *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
   *Website*

<table>
<tr><td>

**STOP!**
The Circuit Clerk will fill in this section.

</td><td>

DATE: _____8/22/2025_____

*[signature]* Thomas A. Klein

Thomas A. Klein, **Clerk of Court**

BY: JP _____
     Deputy Clerk

Electronically Issued Document ID: _____

</td><td>

Virtual Meeting Scheduled
Meeting ID # 848 2994 9543
Virtual Meeting by Computer: Zoom.us
Virtual Meeting by Phone:
312-626-6799 / 646-558-8656 / 346-248-7799
Instructions at https://tinyurl.com/virtualcourt17

*Seal of Court*

</td></tr>
</table>

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
               *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Winnebago_____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|

| **Instructions** | | |
|---|---|---|
| Enter above the county name where the case was filed. | OLSON ENTERPRISES LLC _____<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>AUTO-OWNERS INSURANCE COMPANY _____<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2025-MR-0000346 _____<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
     *First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
       ☐ Male  ☐ Female  ☐ Non-Binary  Approx. Age: _____  Race: _____
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____
       And left it with: _____
               *First, Middle, Last*
       ☐ Male  ☐ Female  ☐ Non-Binary  Approx. Age: _____  Race: _____
       and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

    ☐ On the Corporation's agent, _____
                        *First, Middle, Last*
       ☐ Male  ☐ Female  ☐ Non-Binary  Approx. Age: _____  Race: _____
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address: _____
       City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address: _____
      City, State, ZIP: _____
      Other information about service attempt: _____
      _____
      _____
      _____

2.   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address: _____
      City, State, ZIP: _____
      Other information about service attempt: _____
      _____
      _____
      _____

3.   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address: _____
      City, State, ZIP: _____
      Other information about service attempt: _____
      _____
      _____
      _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, [735 ILCS 5/1-109](), making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_____

*Signature by:*  ☐ Sheriff
                       ☐ Sheriff outside Illinois:

                       _____
                       *County and State*
                       ☐ Special process server
                       ☐ Licensed private detective

_____
*Print Name*

**FEES**

Service and Return:   $ _____
Miles _____    $ _____
Total                        $ _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

| Print Form | Save Form | Reset Form |
|---|---|---|

Enter the Case Number given by the Circuit Clerk 2025-MR-0000346

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | |
|---|---|---|
| Winnebago COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | OLSON ENTERPRISES LLC | |
| | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. | |
| | AUTO-OWNERS INSURANCE COMPANY | |
| | **Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2025-MR-0000346 **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

My name is *Jerry L. Adams* and I state
*First, Middle, Last*

☒ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
*Auto Owners Insurance Company* as follows:
*First, Middle, Last*

☐ **Personally on the Defendant/Respondent:**
   ☐ Male  ☐ Female  ☐ Non-Binary     Approx. Age: _____   Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____

☐ **On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:**
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____
   And left it with: _____
                      *First, Middle, Last*
   ☐ Male  ☐ Female  ☐ Non-Binary     Approx. Age: _____   Race: _____
   and by sending a copy to this defendant in a postage-paid, sealed envelope to the
   above address on this date: _____

☒ **On the Corporation's agent,** *Katie M Baird* — *Katie M Baird, Directing Attorney*
   *First, Middle, Last*
   ☐ Male  ☒ Female  ☐ Non-Binary     Approx. Age: _____   Race: _____
   On this date: *9-4-25* at this time: *11:50* ☒ a.m. ☐ p.m.
   Address: *6101 Anacapri Blvd Lansing Mi 48917*
   City, State, ZIP: _____

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

By:

*Signature by:*

☐ Sheriff
☒ Sheriff outside Illinois:
    Eaton County Mi.
    *County and State*
☐ Special process server
☐ Licensed private detective

Jerry Adams
*Print Name*

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 150.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

| Print Form | Save Form | Reset Form |
|---|---|---|
| | Page 5 of 5 | |

SU-S 1503.6

(03/24)

Case: 3:25-cv-50429 Document #: 1 Filed: 10/01/25 Page 55 of 107 PageID #:58
This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Winnebago COUNTY | | |

| **Instructions ▼** | |
|---|---|
| Enter above the county name where the case was filed. | OLSON ENTERPRISES LLC<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>AUTO-OWNERS INSURANCE COMPANY |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2025-MR-0000346

**Case Number**

---

# IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.

- You MUST file an official document with the court within the time stated on this *Summons* called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees*.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

---

**Plaintiff/Petitioner:**

**Do not use this form** in these types of cases:

- All criminal cases
- Detinue
- Order of protection
- Divorce

- Administrative review cases
- Eviction
- Stalking no contact orders
- Paternity

- Adult guardianship
- Foreclosure
- Civil no contact orders
- Small Claims

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

1. **Defendant/Respondent's address and service information:**

   In **1a**, enter the name and address of the first Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

   a. Defendant/Respondent's primary address/information for service:

   Name *(First, Middle, Last)*: AUTO-OWNERS INSURANCE COMPANY

   Registered Agent's name, if any: _____

   Street Address, Unit #: 6101 ANACAPRI BOULEVARD

   City, State, ZIP: LANSING, MICHIGAN 48917

   Telephone: _____ Email: _____

   In **1b**, enter a second address for the first Defendant/Respondent, if you have one.

   b. If you have more than one address where Defendant/Respondent might be found, list that here:

   Name *(First, Middle, Last)*: _____

   Street Address, Unit #: _____

   City, State, ZIP: _____

   Telephone: _____ Email: _____

   In **1c**, check how you are sending your documents to this Defendant/Respondent.

   c. Method of service on Defendant/Respondent:

   ☐ Sheriff   ☐ Sheriff outside Illinois: _____
   *County & State*

   ☑ Special process server   ☐ Licensed private detective

   Check here if you are serving more than 1 Defendant/Respondent. Attach an *Additional Defendant/Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

   ☐ **I am serving more than 1 Defendant/Respondent.**

   I have attached _____ *Additional Defendant/Respondent Address*
   *Number*

   *and Service Information* forms.

2. **Information about the lawsuit:**

   In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

   a. Amount claimed: $ _____

   b. ☐ I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

3. **Contact information for the Plaintiff/Petitioner:**

   In **3**, enter your complete address, telephone number, and email address, if you have one.

   Name *(First, Middle, Last)*: Kevin K. McCormick/McCormick Law

   Street Address, Unit #: 10 E. Scranton Ave., Suite 201

   City, State, ZIP: Lake Bluff, IL 60044

   Telephone: (847) 629-0697   Email: kevin@mccormicklawllc.com

   **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

   | **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |

   Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

4. **Instructions for person receiving this** *Summons* **(Defendant):**

   ☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

   Address: 400 W State Street

   City, State, ZIP: Rockford, IL 61101

   CMC:10/9/25 @9:15AM rm 426

<table>
<tr><td>

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.*

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

</td></tr>
</table>

☐ b.   Attend court:

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
       *Date*              *Time*                             *Courtroom*

**In-person at:**

_____
*Courthouse Address*        *City*                  *State*      *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"**):**

     By telephone: _____
                      *Call-in number for telephone remote appearance*

     By video conference: _____
                              *Video conference website*

     _____
     *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk _____ or visit their website
                    *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
     *Website*

<table>
<tr><td>

**STOP!**
The Circuit Clerk will fill in this section.

</td></tr>
</table>

DATE: _____8/22/2025_____

*[seal]* Thomas A. Klein, **Clerk of Court**

BY: ___JP___
     Deputy Clerk

Electronically Issued Document ID: _____

Virtual Meeting Scheduled
Meeting ID #  848 2994 9543
Virtual Meeting by Computer: Zoom.us
Virtual Meeting by Phone:
312-626-6799 / 646-558-8656 / 346-248-7799
Instructions at https://tinyurl.com/virtualcourt17

*Seal of Court*

---

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
                      *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT**<br><br>Winnebago _____ **COUNTY** | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | OLSON ENTERPRISES LLC _____ | |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>AUTO-OWNERS INSURANCE COMPANY _____ | |
| Enter the Case Number given by the Circuit Clerk. | **Defendant / Respondent** *(First, middle, last name)*<br><br>☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2025-MR-0000346 _____<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

My name is _____ and I state
　　　　　　　*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

　　☐ Personally on the Defendant/Respondent:
　　　　☐ Male　☐ Female　☐ Non-Binary　　Approx. Age: _____　Race: _____
　　　　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
　　　　Address, Unit#: _____
　　　　City, State, ZIP: _____

　　☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
　　　　member or lives there:
　　　　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
　　　　Address, Unit#: _____
　　　　City, State, ZIP: _____
　　　　And left it with: _____
　　　　　　　　　　　*First, Middle, Last*
　　　　☐ Male　☐ Female　☐ Non-Binary　　Approx. Age: _____　Race: _____
　　　　and by sending a copy to this defendant in a postage-paid, sealed envelope to the
　　　　above address on this date: _____ .

　　☐ On the Corporation's agent, _____
　　　　　　　　　　　　　　*First, Middle, Last*
　　　　☐ Male　☐ Female　☐ Non-Binary　　Approx. Age: _____　Race: _____
　　　　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
　　　　Address: _____
　　　　City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_____

*Signature by:* ☐ Sheriff
                ☐ Sheriff outside Illinois:

_____
*County and State*
                ☐ Special process server
                ☐ Licensed private detective

**FEES**

Service and Return: $ _____
Miles _____ $ _____
Total $ _____

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

**Print Form**         **Save Form**         **Reset Form**

**ELECTRONICALLY FILED**
DOC ID: 34635684
CASE NO: 2025-MR-0000346
DATE: 9/26/2025 1:15 PM
BY: DEPUTY

Enter the Case Number given by the Circuit Clerk  2025-MR-0000346

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION |
|---|---|
| Winnebago   COUNTY | |

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | **OLSON ENTERPRISES LLC** <br> Plaintiff / Petitioner *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. <br><br> **AUTO-OWNERS INSURANCE COMPANY** <br> Defendant / Respondent *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2025-MR-0000346
Case Number

**Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.**

My name is ___Jerry L. Adams___ and I state
First, Middle, Last

☒ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
___Auto Owners Insurance Company___ as follows:
First, Middle, Last

☐ Personally on the Defendant/Respondent:
  ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: _____   Race: _____
  On this date: _____ at this time: _____  ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
  On this date: _____ at this time: _____  ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____
  And left it with: _____
                   First, Middle, Last
  ☐ Male  ☐ Female  ☐ Non-Binary    Approx. Age: _____   Race: _____
  and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____

☒ On the Corporation's agent,  ___Katie M Baird___  ___Katie M Baird, Directing Attorney___
                              First, Middle, Last
  ☐ Male  ☒ Female  ☐ Non-Binary    Approx. Age: _____   Race: _____
  On this date: _9.4.25_ at this time: _11:50_ ☒ a.m. ☐ p.m.
  Address: _6101 Anacapri Blvd Lansing Mi; 48917_
  City, State, ZIP: _____

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**
_Signature by:_ ☐ Sheriff
                ☒ Sheriff outside Illinois:
                Eaton County Mi.
                *County and State*
                ☐ Special process server
                ☐ Licensed private detective

Jerry Adams
*Print Name*

**FEES**
Service and Return:  $ _____
Miles                $ _____
Total                $ 150.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

[ Print Form ]          [ Save Form ]          [ Reset Form ]

SU-S 1503.6                    Page 5 of 5                    (03/24)

"ELECTRONICALLY FILED"
DOC ID: 33300045
CASE NO: 2025-MR-0000346
DATE: 6/25/2025 11:58 AM
BY: J P, DEPUTY

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO, ROCKFORD, ILLINOIS

| | | |
|---|---|---|
| OLSON ENTERPRISES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2025-MR-0000346 |
| | ) | |
| AUTO-OWNERS INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED COMPLAINT

Plaintiff, OLSON ENTERPRISES, LLC ("Olson Enterprises"), by its attorneys, MCCORMICK LAW, and for its Amended Complaint against the Defendant, AUTO-OWNERS INSURANCE COMPANY ("Auto-Owners") alleges the following.

## THE PARTIES

1.      Plaintiff, Olsen Enterprises, LLC, is an Illinois limited liability company that owns commercial buildings located at 6207, 6201, and 6203 Material Ave, Loves Park, Illinois 61111 (the "Property").

2.      Defendant, Auto-Owners is incorporated under Michigan law and has its principal place of business in Lansing, Michigan.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction under 735 ILCS § 5/2-701 because Plaintiff seeks a declaratory judgment under Illinois law regarding the enforcement of an insurance contract.

4.      Jurisdiction is also proper under 735 ILCS § 5/2-209 because Defendant transacts business in the State of Illinois and has breached contractual obligations within this jurisdiction.

5.      Venue lies in the Circuit Court of the 17th Judicial Circuit, County of Winnebago, Illinois under 735 ILCS § 5/2-101, because the cause of action arose in Winnebago County,

1

Illinois, and the insured property subject to this dispute is located in Winnebago County.

## FACTS

6. On or around June 29, 2023, a severe hailstorm impacted Rockford, IL in Winnebago County producing high winds and large hail.

7. The National Weather Service issued Severe Thunderstorm Warnings for Rockford, IL, forecasting the potential for quarter-size hail and wind gusts up to 60 miles per hour.

8. As a result of the storm, the Property sustained extensive property damage, including but not limited to damage to the roof, protection system, HVAC and exterior surfaces of the building and interior.

9. At all relevant times, Olson Enterprises maintained Business Owner insurance Policy #104604-077173459-22 (the "Policy") with Auto-Owners, which provided coverage for hail and wind damage to the insured Property. See Exhibit 1.

10. Olson Enterprises notified Defendant of the claim under its insurance policy on February 5, 2025, to seek coverage for the necessary repairs as a result of the storm. The Defendant provided the Association with Claim Number: 300-00751191-2025 (the "Claim").

11. Defendant hired Ryan Clausen with Reliable Adjusting to conduct an independent investigation of the Property. Mr. Clausen conducted his inspection on February 27, March 7, and March 12, 2025.

12. Defendant has yet to provide Olson Enterprises with a copy of Mr. Clausen's adjuster report, however it is understood that Mr. Clausen's report recommended coverage and supported the Claim as Olson Enterprises has presented it to Defendant.

13. On February 4, 2025, Olson Enterprises entered into a Public Adjuster Contract with Matt Nelson of Write it Right Public Adjusting, LLC ("Write It Right") to act on behalf of

2

the Plaintiff to supplement, negotiate, and assist with their claim.

14.     On February 11, 2025, Mr. Nelson conducted his own investigation of the Property and estimated the following repair estimates for each building totaling $7,223,087.45.

- North Building: $2,815,856.27 for roof, HVAC, protection system, exterior, awnings, general conditions and interior repairs.

- South Building = $3,709,732.41 for roof, HVAC, protection system, awnings, general conditions.

- West Building = $1,014,032.41 for roof, HVAC, protection system, awnings, and general conditions.

15.     On May 6, 2025, Mr. Nelson submitted a Proof of Loss estimating damages around $7,378,087.45 that was accompanied by Carrier-Form POL, engineering & technical reports, weather & date of loss proof, moisture & intrusion evidence, code & industry standards, administrative & legal citations and other miscellaneous items.

16.     On May 14, 2025, Mr. Nelson meet with Nederveld Engineering, who was hired by the Defendant to conduct an inspection of the Property buildings. Notably during the inspection both parties witnessed active water leaks.

17.     In a letter dated May 20, 2025, the Defendants rejected Olson Enterprises' Proof of Loss for the following reasons:

a.  Failing to document supporting the storm created openings to the roof or walls.

b.  Failing to provide documents supporting the need to replace all the HVAC units.

c.  Failing to provide documents supporting the need to replace all the TPO roofing.

d.  Failing to provide prompt notice and did not provide documents supporting that the

3

hail was from the date of loss and not from another event.

18.    Furthermore, the Defendants did not agree to enter into a tolling agreement, claiming their decision was due to the amount of time that known roof issues were present.

19.    The assertions made by Defendant in rejecting the Proof of Loss were woefully inaccurate and exemplary of the bad faith efforts undertaken by Defendant in adjusting the Claim.

20.    The Proof of Loss included a professional engineering hail assessment concluding that hail impact caused physical compromise of roofing membranes and flashings; an infrared roof moisture survey and moisture probe grid was provided which showed extensive moisture infiltration, more than 1,000 photographs of the roof surface damage, impact points, membrane deterioration etc. were provided; hail verification report was provided and the permit logs from the City of Loves Park confirming no prior roof permits or violations that supported the fact that the observed damage was not from pre-existing conditions, but rather from the hail storm on June 29, 2023. During the May 14, 2025, inspection, Nederveld witnessed active leaks further affirming that the building envelope had been breached.

21.    The Proof of Loss also included a specialized HVAC impact report documenting physical and functional damage from hail, the engineer's report confirming degradation from impact to rooftop units rendering them unreliable and noncompliant with safety thresholds and the replacement bid from licensed HVAC contractor citing unit-specific damage and cost-effective replacement recommendations.

22.    A complete Xactimate replacement estimate supported by infrared imaging and moisture testing was included in the Proof of Loss along with contractor bids and field notes recommending full replacement due to systemic saturation and physical compromise and over 1,000 photos demonstrating a widespread impact-related to wear and deterioration, which refuted

4

the Defendant's claim that no supporting documents were provided to support the need for full TPO roof replacement.

23.     Lastly, the Policy's "prompt notice" requirement is measured from when loss is discovered or reasonably should be-not the date of the storm itself. By providing the Defendant with third-party hail verification, trace maps, and NOAA storm data it confirmed that a hail event happened at the Property on the reported date and there is no evidence suggesting the damage arose from another storm.

24.     Defendant's rejection of Olsen Enterprises' Proof of Loss was without merit, contrary to the express terms of the Policy, and inconsistent with the Defendant's own conduct when they are still actively investigating the claim by considering their own infrared moisture survey.

25.     Defendant has failed to provide transparency as to the basis for their shifting position and whether it has abandoned an earlier coverage recommendation by failing to provide Olson Enterprises with a complete copy of Nederveld engineering report and Ryan Clausen's from Reliable Adjusting independent adjuster report that they obtained at the outset of the claim.

26.     Olson Enterprises further requested the Defendant agree to toll the contractual limitations period for a period of at least 180 days, effective May 29, 2025, and if they failed to confirm within 7 days, Olson Enterprises would initiate suit.

27.     Under the terms of the Policy, all suits against Defendant must be brought within two (2) years of the date of loss or they are barred. In this case, the date of loss was June 29, 2023.

28.     Also under the Policy, the bar date for claims is extended by the number of days during which the Defendant has received a Proof of Loss until the Defendant responds to such proof of loss. In this case, the proof of loss was submitted on May 6, 2025, and rejected on May

20, 2025.

29.     Given same, the bar date for suits against Defendant under the Policy is, at most,
July 10, 2025. Therefore, while the insurance claim is nevertheless still pending, Olson Enterprises
is bringing this action to preserve its rights under the Policy for the Claim.

### COUNT I –DECLARATORY JUDGMENT - 735 ILCS 5/2-701

30.     Plaintiff realleges and reincorporates the allegations of paragraphs 1 – 28 as if
restated herein.

31.     Plaintiff and Defendant entered into a valid and enforceable insurance contract,
under which Defendant agreed to provide coverage for property damages subject to the terms
and conditions of the policy.

32.     Plaintiff has a tangible legal interest in this case, specifically the enforcement of
the Policy.

33.     Defendant has in interest in this case, which is adverse to Plaintiff, specifically,
its rejection of Plaintiff's Proof of Loss and its failure to fully indemnify Plaintiff under the
Claim as required by the Policy.

34.     Plaintiff suffered a covered loss on or about June 29, 2023, and timely submitted
a claim for indemnity under the Policy.

35.     Plaintiff sought to enter into a tolling agreement with Defendant to preserve each
of the parties rights, but Defendant refused.

36.     As a result of its refusal to toll the bar date for suits against it, Defendant has
now compelled Plaintiff to bring this action seeking a declaratory judgment of the rights of the
parties under the Policy, as to the indemnity that Defendant owes to Plaintiff for the covered loss
under the Claim.

6

37. An actual and justiciable controversy exists between Plaintiff and Defendant as to the proper interpretation and enforcement of the Policy that is ripe for adjudication, including but not limited to Defendant's obligation to provide transparency regarding its investigative finding and provide critical reports to the Plaintiff, as well as its duty to indemnify Plaintiff for the Claim as a covered loss under the Policy.

38. A determination by this Court would terminate the controversy about whether Defendant had a duty to provide coverage for the Plaintiff's aforementioned Claim.

39. Plaintiff seeks a declaration from this Honorable Court that:

a) The Claim is a covered loss under the Policy;

b) The Plaintiff has satisfied all conditions precedent to coverage, including timely notice and submission of a valid Proof of Loss;

c) Defendant is obligated to in good faith to adjust the claim; and

d) Defendant owes a duty to indemnify Plaintiff under the Policy for the Claim up to the full amount of the Policy.

WHEREFORE, Olson Enterprises, LLC, pray that this Court enter a declaratory judgment making the following findings and awarding the following relief:

a. The Claim is a covered loss under the Policy;

b. Auto-Owners Insurance Company had a duty to comply with all conditions precedent under the Policy;

c. Auto-Owners Insurance Company had a duty to indemnify Olson Enterprises, LLC under Claim Number: 300-00751191-2025 up to the full amount of the Policy;

d. Auto-Owners Insurance Company is to pay Olson Enterprises, LLC's fees and costs incurred in bringing and prosecuting this action, plus prejudgment interest.

7

e.  And, for such other and further relief as this Court deems just.

## COUNT II – BREACH OF CONTRACT

40.  Plaintiff realleges and reincorporates the allegations of paragraphs 1 - 38 as if restated herein.

41.  The Plaintiff and Defendant entered into a valid and enforceable insurance contract, under which defendant agreed to provide coverage for property damage subject to the terms and conditions of the policy.

42.  The Plaintiff suffered a covered loss on or around June 29, 2023, and timely submitted a claim pursuant to the Policy.

43.  The Plaintiff obtained an independent damage estimate valuing the loss at $7,378,087.45, which Defendant has disputed, resulting in a dispute regarding the amount of loss.

44.  Plaintiff sought to enter into a tolling agreement with Defendant to allow time to resolve the dispute, but Defendant refused, further prejudicing Plaintiff's ability to obtain full compensation for the loss.

45.  Defendant's failure to indemnify Plaintiff for the loss and refusal to enter into a tolling agreement constitutes material breach of the insurance contract.

46.  As a direct and proximate result of Defendant's breaches, Plaintiff has suffered damages, including but not limited to the failure to receive full insurance benefits, additional costs incurred in seeking enforcement of policy rights, and undue delay in claim resolution.

WHEREFORE, Olson Enterprises, LLC pray that this Court enter a judgment in favor of Olson Enterprises, LLC and against Auto-Owners Insurance Company for the full amount of the Claim, the exact amount of which to be determined at trial, plus costs, plus prejudgment

8

interest, and for such other and further relief as this Court deems just.

## COUNT III –BAD FAITH

47.    Plaintiff realleges and reincorporates the allegations of paragraphs 1 - 45 as if restated herein.

48.    Despite Plaintiff's compliance with all conditions precedent to coverage, Defendant engaged in unreasonable and bad faith conducted by:

   a) Underestimating the amount of loss and failing to conduct a full, fair; and prompt investigation of Plaintiff's claim;

   b) Unreasonably delaying claim resolution, forcing Plaintiff to pursue legal action to enforce policy rights; and

   c) Refusing to enter into a tolling agreement, thereby attempting to create procedural obligations to Plaintiff's ability to obtain fair compensation.

49.    Defendant's actions and omissions constitute bad faith, as defendant knowingly and intentionally disregarded its contractual and legal obligations in an effort to avoid paying the full amount of benefits due to Plaintiff.

WHEREFORE, Olson Enterprises, LLC pray that this Court enter a judgment in favor of Olson Enterprises, LLC, and against Auto-Owners Insurance Company for:

   a. Reasonable attorneys' fees and costs incurred in prosecuting this action;

   b. The maximum additional amount awardable under §155 of the Illinois Insurance Code, 215 ILCS 5/155;

   c. And, for such other and further relief as this Court deems just.

Respectfully Submitted,

OLSON ENTERPRISES, LLC

By: _____

9

Kevin K. McCormick
One of Its Attorneys

**MCCORMICK LAW**
10 E. Scranton Ave, Suite 201
Lake Bluff, Illinois 60044
(847) 629-0697
ARDC # 6286831
Email:  kevin@mccormicklawllc.com

59511 (10-19)

04-0911-00
BROADMOOR AGENCY INC
PO BOX 17069
ROCKFORD IL  61110-7069



**INSURANCE**

LIFE · HOME · CAR · BUSINESS

PO Box 30660 · Lansing, MI 48909-8160
517.323.1200

05-16-2022

Owners Insurance Company

You can view your policy or change your paperless options at
any time online at www.auto-owners.com.

OLSON ENTERPRISES LLC
C/O DAVID SMITH
4010 E STATE ST STE 201
ROCKFORD IL  61108-2044

Your agency's phone number is 815-965-6700.

RE:  Policy 104604-07173459-22

Thank you for selecting Auto-Owners Insurance Group to serve your insurance needs! Feel free to contact your
independent Auto-Owners agent with questions you may have.

Auto-Owners and its affiliate companies offer a full complement of policies, each of which has its own eligibility
requirements, coverages and rates. Please take this opportunity to review your insurance needs with your Auto-Owners
agent, and discuss which company and program may be most appropriate for you.

Auto-Owners Insurance Company was formed in 1916. Our A++ (Superior) rating by A.M. Best Company signifies that we
have the financial strength to provide the insurance protection you need. The Auto-Owners Insurance Group is comprised
of six property and casualty companies and a life insurance company.

**Serving Our Policyholders and Agents Since 1916**

EXHIBIT 1

59325 (12-19)

# NOTICE OF PRIVACY PRACTICES

## What We Do To Protect Your Privacy

At Auto-Owners Insurance Group*, we value your business and we want to retain your trust. In the course of providing products and services, we may obtain nonpublic personal information about you. We assure you that such information is used only for the purpose of providing our products and services to you.

## Protecting Confidentiality

Our agents and Company associates may have access to nonpublic personal information only for the purpose of providing our products or services to you. We maintain physical, electronic and procedural safeguards against unauthorized use of your nonpublic personal information.

## Information We Obtain

To assist in underwriting and servicing your policy, we may obtain nonpublic personal information about you. For example, we routinely obtain information through applications, forms related to our products or services, from visiting www.auto-owners.com, and your transactions with us. We may obtain such information from our affiliates, independent insurance agents, governmental agencies, third parties, or consumer reporting agencies.

The type of information that we collect depends on the product or service requested, but may include your name, address, contact information, social security number, credit history, claims history, information to properly investigate and resolve any claims, or billing information. We may obtain your medical history with your permission. The nature and extent of the information we obtain varies based on the nature of the products and services you receive.

## The Internet and Your Information

If you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement at www.auto-owners.com/privacy.

Generally, Auto-Owners may use cookies, analytics, and other technologies to help us provide users with better service and a more customized web experience. Our business partners may use tracking services, analytics, and other technologies to monitor visits to www.auto-owners.com. The website may use web beacons in addition to cookies. You may choose to not accept cookies by changing the settings in your web browser.

Information obtained on our websites may include IP address, browser and platform types, domain names, access times, referral data, and your activity while using our site; who should use our web site; the security of information over the Internet; and links and co-branded sites.

## Limited Disclosure

Auto-Owners Insurance Group companies do not disclose any nonpublic personal information about their customers or former customers except as permitted by law. We do not sell your personal information to anyone. We do not offer an opportunity for you to prevent or "opt out of" information sharing since we only share personal information with others as allowed by law.

When sharing information with third parties to help us conduct our business, we require them to protect your personal information. We do not permit them to use or share your personal information for any purpose other than the work they are doing on our behalf or as required by law.

Agency Code   04-0911-00                                                      Policy Number   104604-07173459

The types of information disclosed may include personal information we collect as necessary to service your policy or account, investigate and pay claims, comply with state and federal regulatory requests or demands, and process other transactions that you request. Third parties that receive disclosures may include your independent agent, regulators, reinsurance companies, fraud prevention agencies, or insurance adjusters.

## How Long We Retain Your Information

We generally retain your information as long as reasonably necessary to provide you services or to comply with applicable law and in accordance with our document retention policy. We may retain copies of information about you and any transactions or services you have used for a period of time that is consistent with applicable law, applicable statute of limitations or as we believe is reasonably necessary to comply with applicable law, regulation, legal process or governmental request, to detect or prevent fraud, to collect fees owed, to resolve disputes, to address problems with our services, to assist with investigations, to enforce other applicable agreements or policies or to take any other actions consistent with applicable law.

In some circumstances we may anonymize your personal information (so that it can no longer be associated with you) for research or statistical purposes, in which case we may use this information indefinitely without further notice to you. This allows the specific information collected (name, email, address, phone number, etc.) to become anonymous, but allows Auto-Owners to keep the transaction or engagement data.

## Changes to the Privacy Policy

We will provide a notice of our privacy policy as required by law. This policy may change from time to time, but you can always review our current policy by visiting our website at www.auto-owners.com/privacy or by contacting us.

## Contact Us

Auto-Owners Insurance Company
Phone: 844-359-4595 (toll free)
Email: privacyrequest@aoins.com

*Auto-Owners Insurance Group includes, Auto-Owners Insurance Company, Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company and Southern-Owners Insurance Company.

Agency Code    04-0911-00                                          Policy Number    104604-07173459

59006 (5-19)

## POLICYHOLDER ASSISTANCE AND INFORMATION

Dear Policyholder:

We are here to serve you and as our policyholder your satisfaction is very important to us. Should you have any questions or a complaint regarding your policy that cannot be resolved by your agent, you may contact our Illinois Branch Office for assistance. Please direct your inquiries to:

> Branch Manager
> Auto-Owners Insurance Company
> 6715 North Big Hollow Rd.
> Peoria, Illinois 61615
> P.O. Box 3337
> Peoria, Illinois 61612-3337
> Telephone: 309-693-2550

You may contact the Illinois Department of Insurance at any time for further assistance at the following address: Public Services Section, Department of Insurance, 320 West Washington, Springfield, Illinois 62767.

Auto-Owners Insurance Company
Owners Insurance Company
Auto-Owners Life Insurance Company

Agency Code   04-0911-00                                    Policy Number   104604-07173459

59390 (11-20)

# NOTIFICATION OF POSSIBLE CHANGES
# IN COVERAGE FOR TERRORISM

Dear Policyholder:

The Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) will expire on December 31, 2027 unless the Federal government extends the Act. What this means to you is the following:

1. Subject to policy terms and conditions, the enclosed policy will provide insurance coverage for certified acts of terrorism as defined in the Act only until December 31, 2027.

2. A conditional endorsement entitled, Conditional Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) is enclosed. This conditional endorsement will only apply if the Act is not extended or if the Act is revised to increase statutory deductibles, decrease the federal government's share in potential losses above the statutory deductibles, change the levels, terms or conditions of coverage and we are no longer required to make terrorism coverage available and elect not to do so. It will not apply if the Act is simply extended.

3. The conditional endorsement will provide coverage for an incident of terrorism pursuant to the terms and conditions of the policy only if the incident does not involve nuclear, biological or chemical material.

4. A premium charge for the conditional endorsement will be applied effective January 1, 2028. The premium will be pro rated for the remainder of the policy term and is one-half of the current premium charge appearing in the Declarations for TERRORISM - CERTIFIED ACTS. However, it will only be made if the Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) is not extend. Revised Declarations will be mailed to you after January 1, 2028.

5. If the Act is extended without any revision, the enclosed policy will continue to provide coverage for certified acts of terrorism. The conditional endorsement will not be activated and the changes in coverage or premium referenced above will not apply.

6. If the Act is extended with revisions or is replaced, and we are required or elect to continue to offer coverage for certified acts of terrorism, we may amend this policy in accordance with the provisions of the revised Act or its replacement.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

# *Owners*

Page  1

Issued    05-16-2022

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

TAILORED PROTECTION POLICY DECLARATIONS

AGENCY    BROADMOOR AGENCY INC
04-0911-00          MKT TERR 019          815-965-6700

Renewal Effective      08-01-2022

**POLICY NUMBER      104604-07173459-22**

INSURED   OLSON ENTERPRISES LLC
C/O DAVID SMITH

Company Use                    07-46-IL-1008

ADDRESS   4010 E STATE ST STE 201

ROCKFORD  IL  61108-2044

| Company Bill | Policy Term | |
|---|---|---|
| | 12:01 a.m. | 12:01 a.m. |
| | 08-01-2022 | to | 08-01-2023 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

55039 (11-87)

**COMMON POLICY INFORMATION**

**Business Description:**    Building Owner

**Entity:**    Limited Liab Corp

**Program:**    Mercantile  Industrial/Processing  Restaurant  Special

**Discount Applies For Affiliation With:**    Rockford Chamber Of Commerce

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S): | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY COVERAGE | $24,333.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $8,022.00 |
| TOTAL | $32,355.00 |
| PAID IN FULL DISCOUNT | $3,617.00 |
| TOTAL POLICY PREMIUM IF PAID IN FULL | $28,738.00 |

THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.
The Paid in Full Discount does not apply to fixed fees, statutory charges or minimum premiums.

Forms that apply to all coverage part(s) shown above (except garage liability, dealer's blanket, commercial automobile, if applicable):
IL0017 (11-85)    55003  (07-12)    59390  (11-20)

A 12% Cumulative Multi-Policy Discount applies.  Supporting policies are marked with an (X):
Comm Umb(X)  Comm Auto(X)  WC(X)  Life( )  Personal( )  Farm( ).

Countersigned By:  _____

Page 2

Owners Ins. Co.                                                                    Issued      05-16-2022

AGENCY   BROADMOOR AGENCY INC                           Company   **POLICY NUMBER**   104604-07173459-22
         04-0911-00          MKT TERR 019               Bill                          07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC                                    Term  08-01-2022  to  08-01-2023

54104 (07-87)

**COMMERCIAL PROPERTY COVERAGE**

55198 (12-10)

**STANDARD PROPERTY PLUS COVERAGE PACKAGE DECLARATION**

The coverages and limits below apply separately to each location or sublocation that sustains a loss to covered property and is
designated in the Commercial Property Coverage Declarations.  No deductible applies to the below Property Plus Coverages.

| COVERAGE | LIMIT |
|---|---|
| ACCOUNTS RECEIVABLE | $100,000 |
| BAILEES | $5,000 |
| | $2,500 PER ITEM |
| BUSINESS INCOME & EXTRA EXPENSE W/RENTAL | $50,000 |
| VALUE, INCLUDING NEWLY ACQUIRED LOC-S | |
| 0 HOUR WAITING PERIOD | |
| DEBRIS REMOVAL | $25,000 |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $25,000 |
| EMPLOYEE DISHONESTY | $15,000 |
| FINE ARTS, COLLECTIBLES AND MEMORABILIA | $10,000 |
| | $2,500 PER ITEM |
| FIRE DEPARTMENT SERVICE CHARGE | $5,000 |
| FORGERY AND ALTERATION | $10,000 |
| MONEY AND SECURITIES INSIDE PREMISES | $15,000 |
| MONEY AND SECURITIES OUTSIDE PREMISES | $15,000 |
| NEWLY ACQUIRED BUSINESS PERSONAL PROPERTY | $500,000 FOR 90 DAYS |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | $1,000,000 FOR 90 DAYS |
| ORDINANCE OR LAW | SEE COMMERCIAL PROPERTY |
| | DECLARATIONS |
| OUTDOOR PROPERTY | $15,000 |
| TREES, SHRUBS OR PLANTS | $1,000 PER ITEM |
| RADIO OR TELEVISION ANTENNAS | $10,000 |
| PERSONAL EFFECTS AND PROPERTY OF OTHERS | $15,000 |
| POLLUTANT CLEAN UP AND REMOVAL | $25,000 |
| PROPERTY IN TRANSIT | $25,000 |
| PROPERTY OFF PREMISES | $25,000 |
| REFRIGERATED PRODUCTS | $10,000 |
| SALESPERSON'S SAMPLES | $10,000 |

Page 3

Owners Ins. Co.

Issued    05-16-2022

AGENCY   BROADMOOR AGENCY INC
         04-0911-00          MKT TERR 019

Company     POLICY NUMBER   104604-07173459-22
Bill                        07-46-IL-1008

INSURED   OLSON ENTERPRISES LLC

Term   08-01-2022   to   08-01-2023

55198 (12-10)

## STANDARD PROPERTY PLUS COVERAGE PACKAGE DECLARATION

| COVERAGE | LIMIT |
|---|---|
| UTILITY SERVICES FAILURE | $50,000 |
| VALUABLE PAPERS AND RECORDS ON PREMISES | $50,000 |
| VALUABLE PAPERS AND RECORDS OFF PREMISES | $10,000 |
| WATER BACK-UP FROM SEWERS OR DRAINS | $15,000 |

Forms that apply to this coverage part:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 64004 | (12-10) | 54198 | (12-10) | 54334 | (12-10) | 64020 | (12-10) | 54189 | (12-10) |
| 54186 | (12-10) | 54218 | (03-13) | 54217 | (07-17) | 54216 | (03-13) | 54214 | (03-13) |
| 54221 | (12-10) | 54220 | (06-00) | 54219 | (12-10) | 54338 | (03-13) | 54339 | (03-13) |
| 64010 | (12-10) | 64000 | (12-10) | | | | | | |

### Coverages Provided

Insurance at the described premises applies only for coverages for which a limit of insurance is shown.

### LOCATION 0001 - BUILDING 0001

**Location:** 3806-3920 E State St, Rockford, IL 61108-2056

**Occupied As:** Retail

**Secured Interested Parties:** None

**Rating Information**
Territory: 511
Program: Mercantile
Protection Class: 02
Annual Receipts: $136,800
Class Rate - Bi & Extra Exp: 1.560

County: Winnebago
Construction: Mas N-C
Class Code: 0567
Specific Rate - Building: 0.024

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $4,724,800 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $25,000 | | 0.011 | $520.00 |
| Basic Group II | 80% | $25,000 | | 0.020 | $945.00 |
| Special | 80% | $25,000 | | 0.009 | $425.00 |
| Theft | 80% | $25,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $53.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $132.00 |
| Tier: Standard | | | | | |

Page 4

Owners Ins. Co.

Issued 05-16-2022

AGENCY BROADMOOR AGENCY INC
04-0911-00          MKT TERR 019

Company   POLICY NUMBER   104604-07173459-22
Bill                                     07-46-IL-1008

INSURED OLSON ENTERPRISES LLC

Term 08-01-2022 to 08-01-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BI & EXTRA EXP | | | Actual Loss Sustained | | |
| 0 Hour Waiting Period | | | 12 Months | | |
| Causes of Loss | | | | | |
| Special | 0% | $0 | | 0.390 | $100.00 |
| Theft | 0% | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $3.00 |

Forms that apply to this building:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 64014 | (07-17) |
| 59390 | (11-20) | | | | | | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0001 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $22.00 |
| LOCATION 0001 | $2,200.00 |

**LOCATION 0003 - BUILDING 0001**

**Location:** 7955 Burden Rd, Machesney Pk, IL 61115-8277

**Occupied As:** Machine Shop

**Secured Interested Parties:** None

**Rating Information**
Territory: 511
Program: Industrial/Processing
Protection Class: 02
Annual Receipts: $59,700
Class Rate - Bi & Extra Exp:  4.870

County: Winnebago
Construction: Non-Comb
Class Code: 6900
Specific Rate - Building:  0.031

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $900,500 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $25,000 | | 0.013 | $117.00 |
| Basic Group II | 80% | $25,000 | | 0.034 | $306.00 |
| Special | 80% | $25,000 | | 0.008 | $72.00 |
| Theft | 80% | $25,000 | | | Included |

Owners Ins. Co.

Issued    05-16-2022

AGENCY   BROADMOOR AGENCY INC
         04-0911-00          MKT TERR 019

Company    **POLICY NUMBER   104604-07173459-22**
Bill                              07-46-IL-1008

INSURED   OLSON ENTERPRISES LLC

Term  08-01-2022  to  08-01-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $14.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $34.00 |
| Tier: Standard | | | | | |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BI & EXTRA EXP | | | Actual Loss Sustained | | |
| 0 Hour Waiting Period | | | 12 Months | | |
| Causes of Loss | | | | | |
| Special | 0% | $0 | | 1.223 | $100.00 |
| Theft | 0% | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $3.00 |

Forms that apply to this building:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) | | |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) | | |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) | | |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 64014 | (07-17) | | |
| 59390 | (11-20) | | | | | | | | | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0003 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $6.00 |
| **LOCATION 0003** | **$652.00** |

**LOCATION 0004 - BUILDING 0001**

**Location:** 6207 Material Ave, Loves Park, IL 61111-4283

**Occupied As:** Machine Shop

**Secured Interested Parties:** None

**Rating Information**

Territory: 511
Program: Industrial/Processing
Protection Class: 04
Rated As Sprinklered
Specific Rate - Business Income W/Ee & Rental Value:  0.061

County: Winnebago
Construction: Non-Comb
Class Code: 4450
Specific Rate - Building:  0.061

Page  6

Owners Ins. Co.                                                           Issued    05-16-2022

AGENCY   BROADMOOR AGENCY INC                    Company   POLICY NUMBER   104604-07173459-22
         04-0911-00          MKT TERR 019        Bill                      07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC                             Term  08-01-2022  to  08-01-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $7,270,900 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $25,000 | | 0.023 | $1,672.00 |
| Basic Group II | 80% | $25,000 | | 0.033 | $2,399.00 |
| Special | 80% | $25,000 | | 0.008 | $582.00 |
| Theft | 80% | $25,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $131.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $373.00 |
| Tier:  Standard | | | | | |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BUSINESS INCOME W/EE & RENTAL VALUE | | | $311,375 | | |
| 0 Hour Waiting Period | | | | | |
| Causes of Loss | | | | | |
| Basic Group I | | $0 | | 0.024 | $75.00 |
| Basic Group II | | $0 | | 0.063 | $196.00 |
| Special | | $0 | | 0.034 | $106.00 |
| Theft | | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Monthly Limit of Indemnity (fraction) 1/6 | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $10.00 |

Forms that apply to this building:
54833   (07-08)     IL0003  (07-02)     59350   (01-15)     54236   (02-12)     64037   (01-12)
64042   (12-10)     64224   (01-16)     IL0284  (01-18)     59325   (12-19)     64326   (07-19)
64320   (08-19)     64036   (02-12)     CP0090  (07-88)     64000   (12-10)     64013   (12-10)
64010   (12-10)     64020   (12-10)     64004   (12-10)     54843   (07-19)     59390   (11-20)

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0004 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $55.00 |
| LOCATION 0004 | $5,599.00 |

LOCATION 0005 - BUILDING 0001

**Location:** 4010 E State St, Rockford, IL 61108-2046

**Occupied As:** Optical Goods Store

**Secured Interested Parties:** None

Page 7

| | | | | | |
|---|---|---|---|---|---|
| Owners Ins. Co. | | | | Issued | 05-16-2022 |
| AGENCY BROADMOOR AGENCY INC<br>04-0911-00   MKT TERR 019 | | Company<br>Bill | POLICY NUMBER | 104604-07173459-22<br>07-46-IL-1008 | |
| INSURED OLSON ENTERPRISES LLC | | | Term 08-01-2022 to 08-01-2023 | | |

**Rating Information**

Territory: 511
Program: Mercantile
Protection Class: 02
Annual Receipts: $530,000
Class Rate - Bi & Extra Exp:  1.708

County: Winnebago
Construction: Mas N-C
Class Code: 0567
Class Rate - Building:  0.182

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $8,074,200 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $25,000 | | 0.009 | $727.00 |
| Basic Group II | 80% | $25,000 | | 0.013 | $1,050.00 |
| Special | 80% | $25,000 | | 0.010 | $807.00 |
| Theft | 80% | $25,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $72.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $180.00 |
| Tier:  Standard | | | | | |
| ORDINANCE OR LAW<br>Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BI & EXTRA EXP<br>0 Hour Waiting Period | | | Actual Loss Sustained<br>12 Months | | |
| Causes of Loss | | | | | |
| Special | 0% | $0 | | 0.427 | $196.00 |
| Theft | 0% | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $5.00 |

Forms that apply to this building:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 64014 (07-17) |
| 59390 | (11-20) | | | | | | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0005 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $30.00 |
| LOCATION 0005 | $3,067.00 |

Page 8

Owners Ins. Co.                                                           Issued    05-16-2022

AGENCY  BROADMOOR AGENCY INC              Company    POLICY NUMBER   104604-07173459-22
        04-0911-00          MKT TERR 019  Bill                        07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC                       Term  08-01-2022  to  08-01-2023

---

## LOCATION 0006 - BUILDING 0001

**Location:** 6201 Material Ave, Loves Park, IL 61111-4281

**Occupied As:** Machine Shop

**Secured Interested Parties:** None

**Rating Information**

| | |
|---|---|
| Territory: 511 | County: Winnebago |
| Program: Industrial/Processing | Construction: Mas N-C |
| Protection Class: 04 | Class Code: 4809 |
| Rated As Sprinklered | Specific Rate - Building: 0.031 |
| Specific Rate - Business Income W/Ee & Rental Value: 0.031 | |

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $10,384,900 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $25,000 | | 0.009 | $935.00 |
| Basic Group II | 80% | $25,000 | | 0.037 | $3,842.00 |
| Special | 80% | $25,000 | | 0.009 | $935.00 |
| Theft | 80% | $25,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $160.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $458.00 |
| Tier:  Standard | | | | | |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BUSINESS INCOME W/EE & RENTAL VALUE | | | $339,654 | | |
| 0 Hour Waiting Period | | | | | |
| Causes of Loss | | | | | |
| Basic Group I | | $0 | | 0.013 | $44.00 |
| Basic Group II | | $0 | | 0.065 | $221.00 |
| Special | | $0 | | 0.034 | $115.00 |
| Theft | | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Monthly Limit of Indemnity (fraction) 1/6 | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $10.00 |

Page 9

Owners Ins. Co.      Issued   05-16-2022

| AGENCY | BROADMOOR AGENCY INC 04-0911-00 MKT TERR 019 | Company Bill | POLICY NUMBER | 104604-07173459-22 07-46-IL-1008 |

INSURED   OLSON ENTERPRISES LLC     Term 08-01-2022 to 08-01-2023

Forms that apply to this building:

| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 59390 | (11-20) |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0006 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $67.00 |
| LOCATION 0006 | $6,787.00 |

## LOCATION 0007 - BUILDING 0001

**Location:** 6203 Material Ave, Loves Park, IL 61111-4282

**Occupied As:** Machine Shop

**Secured Interested Parties:** None

**Rating Information**

Territory: 511       County: Winnebago
Program: Mercantile     Construction: Frame
Protection Class: 04     Class Code: 6850
Rated As Sprinklered    Annual Receipts: $112,320
Specific Rate - Building: 0.062   Class Rate – BI & Extra Exp: 1.560

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $3,092,600 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $25,000 | | 0.029 | $897.00 |
| Basic Group II | 80% | $25,000 | | 0.040 | $1,237.00 |
| Special | 80% | $25,000 | | 0.010 | $309.00 |
| Theft | 80% | $25,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $68.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $170.00 |
| Tier: Standard | | | | | |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |

Page 10

Owners Ins. Co.

Issued  05-16-2022

AGENCY  BROADMOOR AGENCY INC  
04-0911-00         MKT TERR 019

Company  **POLICY NUMBER**  104604-07173459-22  
Bill                                      07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC

Term  08-01-2022  to  08-01-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BI & EXTRA EXP | | | Actual Loss Sustained | | |
| 0 Hour Waiting Period | | | 12 Months | | |
| Causes of Loss | | | | | |
|   Special | 0% | $0 | | 0.817 | $100.00 |
|   Theft | 0% | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
|   Equipment Breakdown | | $0 | See Form 54843 | | $3.00 |

Forms that apply to this building:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 64014 | (07-17) |
| 59390 | (11-20) | | | | | | | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0007 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS  SEE FORM: 59350, 54833, 59390 | $28.00 |
|                                              LOCATION 0007 | $2,812.00 |

**LOCATION 0008 · BUILDING 0001**

**Location:** 4002 E State St, Rockford, IL 61108-2006

**Occupied As:** Restaurant

**Secured Interested Parties:** None

**Rating Information**

Territory: 511  
Program: Restaurant  
Protection Class: 02  
Annual Receipts: $12,000  
Class Rate - Bi & Extra Exp:  2.320

County: Winnebago  
Construction: Masonry  
Class Code: 0544  
Specific Rate - Building:  0.227

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $812,900 | | |
| Causes of Loss | | | | | |
|   Basic Group I | 80% | $25,000 | | 0.160 | $1,301.00 |
|   Basic Group II | 80% | $25,000 | | 0.051 | $415.00 |
|   Special | 80% | $25,000 | | 0.012 | $98.00 |
|   Theft | 80% | $25,000 | | | Included |

Page 11

Owners Ins. Co.                                                                                    Issued      05-16-2022

AGENCY  BROADMOOR AGENCY INC                        Company    **POLICY NUMBER**  **104604-07173459-22**
        04-0911-00          MKT TERR 019            Bill                                        07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC                                          Term  08-01-2022  to  08-01-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $50.00 |
| Property Plus Coverage Package | | None | See S5198 (12-10) | | $126.00 |
| Tier: Standard | | | | | |
| ORDINANCE OR LAW Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BI & EXTRA EXP 0 Hour Waiting Period | | | Actual Loss Sustained 12 Months | | |
| Causes of Loss | | | | | |
| Special | 0% | $0 | | 0.839 | $100.00 |
| Theft | 0% | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $3.00 |

Forms that apply to this building:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 64014 | (07-17) |
| 59390 | (11-20) | | | | | | | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0008 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $21.00 |
| **LOCATION 0008** | **$2,114.00** |

**LOCATION 0009 - BUILDING 0001**

**Location:** 7939 Burden Rd, Machesney Park, IL 61115-8277

**Occupied As:** Rec Center

**Secured Interested Parties:** None

**Rating Information**
Territory: 510
Program: Mercantile
Protection Class: 02
Annual Receipts: $59,700
Class Rate - Bi & Extra Exp:  1.560

County: Winnebago
Construction: Non-Comb
Class Code: 0844
Specific Rate - Building:  0.033

Page 12

Owners Ins. Co.                                                                        Issued     05-16-2022

AGENCY   BROADMOOR AGENCY INC                          Company    POLICY NUMBER   104604-07173459-22
         04-0911-00          MKT TERR 019              Bill                       07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC                                    Term  08-01-2022 to 08-01-2023

| COVERAGE | COINSURANCE | DEDUCTIBLE | LIMIT | RATE | PREMIUM |
|---|---|---|---|---|---|
| BUILDING | | | $1,916,100 | | |
| Causes of Loss | | | | | |
| Basic Group I | 80% | $25,000 | | 0.014 | $268.00 |
| Basic Group II | 80% | $25,000 | | 0.024 | $460.00 |
| Special | 80% | $25,000 | | 0.009 | $172.00 |
| Theft | 80% | $25,000 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Inflation Guard Factor Building 1.102 | | | | | |
| Replacement Cost | | | | | |
| Equipment Breakdown | | $25,000 | See Form 54843 | | $25.00 |
| Property Plus Coverage Package | | None | See 55198 (12-10) | | $63.00 |
| Tier:  Standard | | | | | |
| ORDINANCE OR LAW | | | | | |
| Coverage A-Undamaged Portion | | $25,000 | Incl in Bldg Limit | | Included |
| Coverage B-Demolition | | $25,000 | $60,000 | | Included |
| Coverage C-Increased Cost | | $25,000 | $60,000 | | Included |
| BI & EXTRA EXP | | | Actual Loss Sustained | | |
| 0 Hour Waiting Period | | | 12 Months | | |
| Causes of Loss | | | | | |
| Special | 0% | $0 | | 0.443 | $100.00 |
| Theft | 0% | $0 | | | Included |
| OPTIONAL COVERAGE | | | | | |
| Equipment Breakdown | | $0 | See Form 54843 | | $3.00 |

Forms that apply to this building:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54833 | (07-08) | IL0003 | (07-02) | 59350 | (01-15) | 54236 | (02-12) | 64037 | (01-12) |
| 64042 | (12-10) | 64224 | (01-16) | IL0284 | (01-18) | 59325 | (12-19) | 64326 | (07-19) |
| 64320 | (08-19) | 64036 | (02-12) | CP0090 | (07-88) | 64000 | (12-10) | 64013 | (12-10) |
| 64010 | (12-10) | 64020 | (12-10) | 64004 | (12-10) | 54843 | (07-19) | 64014 | (07-17) |
| 59390 | (11-20) | | | | | | | | |

| COMMERCIAL PROPERTY COVERAGE - LOCATION 0009 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 54833, 59390 | $11.00 |
| LOCATION 0009 | $1,102.00 |

55040 (11-87)

COMMERCIAL GENERAL LIABILITY COVERAGE

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| General Aggregate | $1,000,000 |
| (Other Than Products-Completed Operations) | |

Page 13

Owners Ins. Co.

Issued 05-16-2022

AGENCY BROADMOOR AGENCY INC
04-0911-00            MKT TERR 019

Company    **POLICY NUMBER**  104604-07173459-22
Bill                                      07-46-IL-1008

INSURED OLSON ENTERPRISES LLC

Term 08-01-2022 to 08-01-2023

| COVERAGE | LIMITS OF INSURANCE |
|---|---|
| Products-Completed Operations Aggregate | $1,000,000 |
| Personal And Advertising Injury | $1,000,000 |
| Each Occurrence | $1,000,000 |
| **COMMERCIAL GENERAL LIABILITY PLUS ENDORSEMENT** | |
| Damage to Premises Rented to You | $300,000 Any One Premises |
| (Fire, Lightning, Explosion, Smoke or Water Damage) | |
| Medical Payments | $10,000 Any One Person |
| Expanded Coverage Details See Form: | |
| Extended Watercraft | |
| Personal Injury Extension | |
| Broadened Supplementary Payments | |
| Broadened Knowledge Of Occurrence | |
| Additional Products-Completed Operations Aggregate | |
| Blanket Additional Insured - Lessor of Leased Equipment | |
| Blanket Additional Insured - Managers or Lessors of Premises | |
| Newly Formed or Acquired Organizations Extension | |
| Blanket Waiver of Subrogation | |

Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12 month period in accordance with form 55885.

**AUDIT TYPE:** Non-Audited

Forms that apply to this coverage:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 55405 | (07-08) | 59350 | (01-15) | 55146 | (06-04) | IL0017 | (11-85) | IL0021 | (07-02) |
| CG2106 | (05-14) | 55352 | (05-17) | CG2294 | (10-01) | CG0001 | (04-13) | 55791 | (05-17) |
| 55358 | (05-17) | IL0147 | (09-11) | CG2109 | (06-15) | 55513 | (05-17) | 55029 | (05-17) |
| CG2196 | (03-05) | 55152 | (05-17) | CG2147 | (12-07) | 55885 | (05-17) | CG2167 | (12-04) |
| 59325 | (12-19) | 59390 | (11-20) | | | | | | |

**LOCATION 0001 - BUILDING 0001**

**Location:** 3806-3920 E State St, Rockford, IL 61108-2056

**Territory:** 008                                    **County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Commercial General Liability Plus Endorsement Included At 7.5% Of The Premises Operation Premium | 00501 | Prem/Op | Prem/Op Prem Included | Included | Included |
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 42,810 42,810 | Each 1000 27.965 1.301 | $1,197.00 $56.00 |
| **COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0001 SUMMARY** | | | | | **PREMIUM** |
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | | | | | $13.00 |
| | | | | **LOCATION 0001** | **$1,266.00** |

Page  14

Owners Ins. Co.                                                                          Issued     05-16-2022

AGENCY  BROADMOOR AGENCY INC                          Company      POLICY NUMBER   104604-07173459-22
        04-0911-00        MKT TERR 019                Bill                          07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC                                     Term  08-01-2022  to  08-01-2023

---

### LOCATION 0003 - BUILDING 0001

**Location:** 7955 Burden Rd, Machesney Pk, IL 61115-8277
**Territory:** 014                                **County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 8,000 8,000 | Each 1000 22.621 1.144 | $181.00 $9.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0003 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | $2.00 |
| LOCATION 0003 | $192.00 |

---

### LOCATION 0004 - BUILDING 0001

**Location:** 6207 Material Ave, Loves Park, IL 61111-4283
**Territory:** 014                                **County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 90,800 90,800 | Each 1000 22.621 1.144 | $2,054.00 $104.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0004 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | $22.00 |
| LOCATION 0004 | $2,180.00 |

---

### LOCATION 0005 - BUILDING 0001

**Location:** 4010 E State St, Rockford, IL 61108-2046
**Territory:** 008                                **County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 84,962 84,962 | Each 1000 27.965 1.301 | $2,376.00 $111.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0005 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS    SEE FORM: 59350, 55405, 59390 | $25.00 |
| LOCATION 0005 | $2,512.00 |

Page 15

Owners Ins. Co.

Issued    05-16-2022

AGENCY  BROADMOOR AGENCY INC
        04-0911-00          MKT TERR 019

Company     **POLICY NUMBER**   **104604-07173459-22**
Bill                                        07-46-IL-1008

INSURED  OLSON ENTERPRISES LLC

Term  08-01-2022  to  08-01-2023

---

## LOCATION 0006 - BUILDING 0001

**Location:** 6201 Material Ave, Loves Park, IL 61111-4281

**Territory:** 014

**County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 16,500 16,500 | Each 1000 22.621 1.144 | $373.00 $19.00 |
| Warehouses-Private (Not-For Profit) | 68707 | Prem/Op Prod/Comp Op | Area 1,600 1,600 | Each 1000 16.020 .801 | $26.00 $1.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0006 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 55405, 59390 | $4.00 |
| LOCATION 0006 | $423.00 |

---

## LOCATION 0007 - BUILDING 0001

**Location:** 6203 Material Ave, Loves Park, IL 61111-4282

**Territory:** 014

**County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 34,509 34,509 | Each 1000 25.680 1.301 | $886.00 $45.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0007 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 55405, 59390 | $9.00 |
| LOCATION 0007 | $940.00 |

---

## LOCATION 0008 - BUILDING 0001

**Location:** 4002 E State St, Rockford, IL 61108-2006

**Territory:** 008

**County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 4,972 4,972 | Each 1000 30.770 1.433 | $153.00 $7.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0008 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 55405, 59390 | $2.00 |
| LOCATION 0008 | $162.00 |

Page 16

Owners Ins. Co.                                                                                              Issued        05-16-2022

AGENCY   BROADMOOR AGENCY INC                              Company    POLICY NUMBER   104604-07173459-22
         04-0911-00         MKT TERR 019                   Bill                                 07-46-IL-1008

INSURED   OLSON ENTERPRISES LLC                                                      Term   08-01-2022  to  08-01-2023

---

### LOCATION 0009 - BUILDING 0001

**Location:** 7939 Burden Rd, Machesney Park, IL 61115-8277

**Territory:** 014                                    **County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 8,500 8,500 | Each 1000 25.680 1.301 | $218.00 $11.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0009 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 55405, 59390 | $2.00 |
| **LOCATION 0009** | **$231.00** |

### LOCATION 0010 - BUILDING 0001

**Location:** 7911 Burden Rd, Machesney Park, IL 61115-8277

**Territory:** 014                                    **County:** Winnebago

| CLASSIFICATION | CODE | SUBLINE | PREMIUM BASIS | RATE | PREMIUM |
|---|---|---|---|---|---|
| Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing- Maintained By The Insured (Lessor's Risk Only) (For-Profit) | 61217 | Prem/Op Prod/Comp Op | Area 2,400 2,400 | Each 1000 28,256 1.433 | $68.00 $3.00 |
| Dwellings - One-Family (Lessor's Risk Only) | 63010 | Prem/Op Prod/Comp Op | Dwellings 1 1 | Each 1 22.110 1.122 | $22.00 $1.00 |
| Warehouses-Private (Not-For Profit) | 68707 | Prem/Op Prod/Comp Op | Area 1,000 1,000 | Each 1000 20,011 1.003 | $20.00 $1.00 |

| COMMERCIAL GENERAL LIABILITY COVERAGE - LOCATION 0010 SUMMARY | PREMIUM |
|---|---|
| TERRORISM - CERTIFIED ACTS   SEE FORM: 59350, 55405, 59390 | $1.00 |
| **LOCATION 0010** | **$116.00** |

Agency Code 04-0911-00

Policy Number 104604-07173459

54217 (7-17)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ELECTRONIC DATA PROCESSING EQUIPMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

**A. COVERAGE, 4. Additional Coverages** is amended.
The following Additional Coverage is added.
**Electronic Data Processing Equipment**
**a. Covered Property**
We will pay for:
   **(1)** Direct physical loss of or damage to electronic equipment, component parts of such equipment, "media" and air conditioning equipment necessary for the operation of the electronic equipment:
      **(a)** Which you own or which is in your care, custody or control; and
      **(b)** While located at the premises described in the Declarations. This provision **(b)** does not apply to "laptop computers"; and
      **(c)** Caused by or resulting from any Covered Cause of Loss.
   **(2)** Your costs to research, replace or restore "electronic data" contained on damaged "media" because such "electronic data" has been destroyed or corrupted.

**b. Exclusions**
**B. EXCLUSIONS** of the CAUSES OF LOSS - SPECIAL FORM is amended. The following exclusions are added for purposes of this Additional Coverage only.
   **(1)** "Electrical disturbance" unless caused by lightning.
   **(2)** Loss or damage caused by:
      **(a)** Data processing "media" failure; or
      **(b)** Breakdown or malfunction of the data processing equipment and component parts while the "media" is being run through the system. We will cover loss, damage or expense caused directly by ensuing fire or explosion.
   **(3)** Actual work upon, installation or testing of Covered Property. We will cover loss, caused by ensuing fire or explosion.

   **(4)** "Mechanical breakdown". We will cover loss, damage or expense caused directly by lightning or by ensuing fire or explosion.
   **(5)** Faulty construction or error in design of the Covered Property. We will cover loss, damage or expense caused directly by ensuing fire or explosion.
   **(6)** Delay or loss of market.
   **(7)** Breakage, marring, scratching, tearing or denting of any "laptop computer", unless caused by:
      **(a)** fire or lightning;
      **(b)** aircraft;
      **(c)** theft or attempted theft;
      **(d)** windstorm or hail;
      **(e)** earthquake;
      **(f)** flood;
      **(g)** explosion;
      **(h)** vandalism or malicious mischief; or
      **(i)** collision, derailment or overturn of a transporting conveyance.

**c. Limit of Insurance**
   **(1)** Our payment for electronic equipment, component parts of such equipment and air conditioning equipment necessary for the operation of such electronic equipment shall not exceed the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.
   **(2)** Our payment for "media" shall not exceed the smallest of the following:
      **(a)** The actual cost to repair, replace or reproduce the "media", including your costs to research, replace or restore information;
      **(b)** If the "media" is not repaired, replaced or reproduced, the value of blank "media"; or
      **(c)** The Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

Agency Code    04-0911-00

Policy Number    104604-07173459

The Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT is the total limit of our liability for loss or damage to all Covered Property in any one occurrence at one location. With respect to Covered Property you do not own, we will pay no more than the amount for which you are legally liable.

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

**d. Coverage Extensions**

The following extensions apply only to this endorsement.

**(1) Property At Newly Acquired Or Temporary Locations**

**(a)** You may extend the coverage provided under **a. Covered Property**, to apply to property:

1) At any location you acquire; or

2) At any temporary location, other than fairs or exhibitions, you acquire

within the territorial limits and intended for similar occupancy or warehousing purposes for the business described in the Declarations.

The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

**(b)** This coverage extension will end when any of the following first occurs:

1) Sixty (60) days from your acquisition or use of such property;

2) On the date values at such locations are reported to us; or

3) On the expiration date of the policy.

**(2) Newly Acquired Property**

**(a)** You may extend the coverage provided under **a. Covered Property**, to apply to property which you newly acquire, of the same type as the property covered at the described premises.

The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations for ELECTRONIC DATA PROCESSING EQUIPMENT.

**(b)** This coverage extension will end when any of the following first occurs:

1) Sixty (60) days from your acquisition or use of such property;

2) On the date values of such property are reported to us; or

3) On the expiration date of the policy.

Each of these extensions is additional insurance.

**e.** The following **Additional Coverages** apply only to this endorsement.

**(1) Transportation**

**(a)** You may apply up to $10,000, for any one occurrence for loss of or damage to property caused by:

1) Fire; lightning; explosion; smoke; riot and civil commotion; and vandalism and malicious mischief;

2) The overturning, upset, or collision of the vehicle transporting the insured property, with another vehicle or object other than the road bed; or

3) Theft of an entire shipping bale, case or package from a vehicle:

a) While such property is in a fully enclosed and securely locked body or compartment; and

b) Theft results from forcible entry, evidenced by visible marks

which occurs during transportation by motor vehicles you own, lease or operate.

**(b)** We do not cover under this extension property held as samples, held for rental or sale or that you rent to others while in the care, custody or control of salespersons.

**(2) Business Income and Extra Expense**

**(a) Business Income**

1) Subject to the Limit of Insurance provisions of this Additional Coverage, we will pay for the actual loss of Business Income you sustain as a direct result of the necessary "suspension" of your "operations" during the "period of restoration" caused by accidental direct physical loss of or damage to:

a) The electronic equipment or "media" covered by this Additional Coverage;

b) The building housing the electronic equipment or "media" that prevents access to and use of the electronic equipment or "media"; or

c) The air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 1,000 feet of the building

caused by the perils insured against and subject to **b. Exclusions.**

2) We will also pay expenses you incur to reduce the covered loss. We will not pay for expenses:

a) You incur to extinguish a fire; or

Agency Code    04-0911-00                                        Policy Number    104604-07173459

    **b)** That exceed the amount by which the covered loss is reduced.

**3)** Business Income means the:
    **a)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and
    **b)** Continuing normal operating expenses incurred, including payroll.

**(b) Extra Expense**

**1)** Subject to the Limit of Insurance provisions of this Additional Coverage, we will pay necessary Extra Expense, other than loss of Business Income, you incur to continue "normal" operations of your business following accidental direct physical loss of or damage to:
    **a)** The electronic equipment or "media" covered by this Additional Coverage;
    **b)** The building housing the electronic equipment or "media" that prevents access to and use of the equipment or "media"; or
    **c)** The air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 1,000 feet of the building
caused by the perils insured against and subject to **b. Exclusions**.
You must resume normal operation of your business as soon as practical.

**2)** **a)** We will also cover the cost to repair, replace or restore:
    **i.** Books of account, abstracts, drawings;
    **ii.** Card index systems; or
    **iii.** Other records or data such as film, tape, disks, drum, cell or other magnetic storage or recording "media" for electronic data processing
    that have been damaged or destroyed by perils we insure against.
    **b)** Such cost must:
      **i.** Exceed the normal cost for such repair, replacement or restoration; and
      **ii.** Be incurred to reduce loss under this endorsement.

**3)** Extra Expense means expense incurred:
    **a)** To avoid or minimize the "suspension" of business and continue "operations":

      **i.** At the described premises; or
      **ii.** At replacement premises or at temporary locations, including:
        **(i)** Relocation expenses; and
        **(ii)** Costs to equip and operate the replacement or temporary locations.
    **b)** To minimize the suspension of business if you cannot continue "operations".
    **c)** **i.** To repair or replace any Covered Property; or
      **ii.** To research, replace or restore the lost information on damaged valuable papers and records to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

**(c) Coverage Extension - Civil Authority**
In this Coverage Extension - Civil Authority, the described premises are premises to which this endorsement applies, as shown in the Declarations.
When a Covered Cause of Loss causes damage to property other than property at the described premises, you may extend your Business Income and Extra Expense Coverages to apply to the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income and Extra Expense will begin immediately following the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which coverage began.

**(d) Exclusions**

The following exclusions apply to the Business Income and Extra Expense provided by this Additional Coverage only and are in addition to those contained in **b. Exclusions**.

1) We will not be liable for any increase in loss of Business Income or Extra Expense caused by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

   a) Enforcement of any ordinance or law regulating construction, repair or demolition of buildings or structures;

   b) Interference at the described premises by strikers or other persons with:
   
      i. Rebuilding, repairing or replacing the property; or
      
      ii. Resumption or continuation of business; or

   c) The suspension, lapse, or cancellation of any lease, license, contract or order beyond the "period of restoration".

2) We will not cover loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

   a) Theft of any property, which is not an integral part of a building or structure at the time of loss. We will cover direct loss that ensues from a peril not excluded in this policy. We will cover direct loss by pillage and looting which occurs during and at the immediate place of riot or civil commotion.

   b) Any other consequential or remote loss.

**(e) Limit of Insurance**

1) Business Income

   Subject to **(e) Limit of Insurance**, Paragraph **3)**, we will pay only for loss of your Business Income that occurs during the "period of restoration", but not exceeding twelve (12) consecutive months after the date of accidental direct physical loss of or damage to Covered Property, resulting from a Covered Cause of Loss.

2) Extra Expense

   Subject to **(e) Limit of Insurance**, Paragraph **3)**, we will pay for necessary Extra Expense during the "period of restoration" starting with the date of damage or destruction. Payments under this coverage shall not be limited by the expiration of the policy.

3) Our total payment for both Business Income and Extra Expense for any one occurrence shall not exceed $100,000.

**(f) Loss Determination**

1) The amount of Business Income loss will be determined based on:

   a) The Net Income of the business before the direct physical loss or damage occurred;

   b) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

   c) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

   d) Other relevant sources of information, including:
   
      i. Your financial records and accounting procedures;
      
      ii. Bills, invoices and other vouchers; and
      
      iii. Deeds, liens or contracts.

2) The amount of Extra Expense will be determined based on:

   a) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:
   
      i. The salvage value that remains of any property bought for temporary use during the "period of restoration" once "operations" are resumed; and
      
      ii. Any Extra Expense that is paid for by other insurance, except

for insurance that is written sub-
ject to the same plan, terms,
conditions and provisions as
this insurance; and

  b) All necessary expenses that reduce
the Business Income loss that
otherwise would have been
incurred.

3) **Resumption Of Operations**
We will reduce the amount of your:

  a) Business Income loss, other than
Extra Expense, to the extent you
can resume your "operations", in
whole or in part, by using damaged
or undamaged property (including
merchandise or stock) at the des-
cribed premises or elsewhere.

  b) Extra Expense loss to the extent
you can return "operations" to nor-
mal and discontinue such Extra
Expense.

4) If you do not resume "operations", or do
not resume "operations" as quickly as
possible, we will pay based on the
length of time it would have taken to
resume "operations" as quickly as
possible.

**(g) Loss Payment - Business Income and
Extra Expense**
We will pay for covered loss within thirty (30)
days after we receive the sworn proof of
loss, if:

1) You have complied with all of the terms
of this endorsement; and

2) a) We have reached agreement with
you on the amount of loss; or
  b) An appraisal award has been made.

f. **Definitions**
**H. DEFINITIONS** is amended.  The following defini-
tions are added for purposes of this Additional
Coverage only.

(1) "Electrical Disturbance" means electrical or
magnetic damage, disturbance or erasure of
electronic recordings.

(2) "Laptop Computer" means portable data collec-
tors, notebook (laptop) computers, subnotebook
computers, palmtop computers, handheld

computers, tablet computers, credit card read-
ers and portable or any similar computer.  Lap-
top computer does not mean cellular phone,
wireless phone or pager.

(3) "Mechanical Breakdown" means component fail-
ure or mechanical malfunction, breakdown or
failure.

(4) "Media" means materials on which information is
recorded such as film, magnetic tape, paper
tape, disks, drums, and cards.  Media includes
computer software.

(5) "Normal" means the condition that would have
existed had no loss occurred.

(6) "Operations" means your business activities
occurring at the described premises.

(7) "Period of Restoration":

  (a) Means the period of time that:

    1) Begins with the date of direct physical
loss or damage caused by or resulting
from any Covered Cause of Loss at the
described premises; and

    2) Ends on the date when the property at
the described premises should be re-
paired, rebuilt or replaced with reason-
able speed and similar quality.

  (b) Does not include any increased period re-
quired resulting from the enforcement of any
law that:

    1) Regulates the construction, use or re-
pair, or requires the tearing down of any
property; or

    2) Requires any insured or others to test
for, monitor, clean up, remove, contain,
treat, detoxify or neutralize, or in any
way respond to, or assess the effects of
"pollutants".

  (c) The expiration date of this policy will not
shorten or cause the "period of restoration"
to terminate.

(8) "Suspension" means:

  (a) The slowdown or cessation of your business
activities; or

  (b) That a part or all of the described premises
is rendered untenantable, if coverage for
Business Income applies.

All other policy terms and conditions apply.

Agency Code    04-0911-00                                              Policy Number    104604-07173459

64320 (8-19)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CIVIL UNION

This endorsement modifies insurance under the following:

COMMERCIAL PROPERTY COVERAGE PART

Wherever it is found, the term spouse is replaced by the following phrase.

Spouse or party to a civil union under Illinois law.

All other policy terms and conditions apply.

64320 (8-19)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 1 of 1

64326 (7-19)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES - ACTUAL CASH VALUE AND DEPRECIATION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

Wherever it appears in this Coverage Part and any endorsement attached to this Coverage Part:

1. Actual cash value means the cost to repair or replace lost or damaged property with property of similar quality and features reduced by the amount of depreciation applicable to the lost or damaged property immediately prior to the loss.

2. Depreciation means a decrease in value because of age, wear, obsolescence or market value and includes:

   a. The cost of materials, labor and services;

   b. Any applicable taxes; and

   c. Profit and overhead

   necessary to repair, rebuild or replace lost or damaged property.

The meanings of actual cash value and depreciation in this endorsement supersedes any provision in this Coverage Part and any endorsement attached to this Coverage Part to the contrary.

All other policy terms and conditions apply.

Agency Code   04-0911-00                                            Policy Number   104604-07173459

64036 (2-12)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF PROPERTY DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

SECTION **D. DEDUCTIBLE** is deleted and replaced by the following:

**D. DEDUCTIBLE**

The applicable Deductible shown in the Declarations will apply separately to:

1. Each building sustaining loss or damage.
2. The personal property at each building at which there is loss or damage to personal property.

However, if there is loss or damage to both a building and its personal property, only one deductible will apply for that building.

In any one occurrence of loss or damage (hereinafter referred to as loss), the Deductible shown in the Declarations will apply as follows:

a. We will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage.
   (1) If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss.
   (2) If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of the loss and will pay the resulting amount or the Limit of Insurance, whichever is less.
b. If paragraph a., above does not apply:
   (1) If the amount of loss is less than or equal to the Deductible, we will not pay for that loss.
   (2) If the amount of loss exceeds the Deductible, we will then subtract the Deductible from the loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible.

c. No Deductible applies to the following Additional Coverages:
   (1) Fire Department Service Charge;
   (2) Fire Extinguisher Systems Recharge Expense;
   (3) Arson Reward;
   (4) Theft Reward; and
   (5) Rekeying of Locks.

In the following Examples, the figures used are for illustrative purposes only and do not reflect your actual insurance.

The following Examples assume there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Deductible: | $   250 |
| Limit of Insurance - Building #1: | $60,000 |
| Limit of Insurance - Building #2: | $80,000 |
| Loss to Building #1: | $60,100 |
| Loss to Building #2: | $80,200 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible. The amount of loss to Building #2 ($80,200) is less than the sum ($80,250) of the Limit of Insurance applicable to Building #2 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1 and Building #2.

$60,100
-    250
$59,850 Loss Payable - Building #1
$80,200
-    250
$79,950 Loss Payable - Building #2

Agency Code   04-0911-00                                           Policy Number   104604-07173459

**EXAMPLE #2**
The Deductible and Limits of Insurance are the same as
those in Example #1.

| | |
|---|---|
| Loss to Building #1: | $70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building #1: | $60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building #1: | $80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $140,000 |

All other policy terms and conditions apply.

64036 (2-12)      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      Page 2 of 2

Agency Code    04-0911-00                                                                    Policy Number    104604-07173459

55405 (7-08)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

A. **Applicability Of This Endorsement**

1. The provisions of this endorsement will apply if and when one of the following situations occurs:

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or

   b. The Program is renewed, extended or otherwise continued in effect:

      (1) With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and

      (2) We are not required by the Program to make terrorism coverage available to you and elect not to do so.

2. When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism

endorsement already endorsed to this policy that addresses "certified acts of terrorism".

3. If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect. However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
55405 (7-08)                    Copyright ISO Properties, Inc., 2004                    Page 1 of 2

    c. Commission or threat of an act that inter-
feres with or disrupts an electronic, com-
munication, information, or mechanical
system; and

2. When one or both of the following applies:

    a. The effect is to intimidate or coerce a
government or the civilian population or any
segments thereof, or to disrupt any segment
of the economy; or

    b. It appears that the intent is to intimidate or
coerce a government or the civilian popu-
lation, or to further political, ideological,
religious, social or economic objectives or to
express (or express opposition to) a philo-
sophy or ideology.

C. The following exclusion is added:

### Exclusion Of "Terrorism"

We will not pay for "bodily injury", "property dam-
age", "personal injury" or "advertising injury" caused
directly or indirectly by "terrorism", including action in
hindering or defending against an actual or expected
incident of "terrorism". All "bodily injury", "property
damage", "personal injury" or "advertising injury" is
excluded regardless of any other cause or event that
contributes concurrently or in any sequence to such

injury or damage. This exclusion applies only when
one or more of the following are attributed to an inci-
dent of "terrorism":

1. The "terrorism" is carried out by means of the
dispersal or application of radioactive material,
or through the use of a nuclear weapon or
device that involves or produces a nuclear
reaction, nuclear radiation or radioactive
contamination;

2. Radioactive material is released, and it appears
that one purpose of the "terrorism" was to rel-
ease such material;

3. The "terrorism" is carried out by means of the
dispersal or application of pathogenic or poi-
sonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical
materials are released, and it appears that one
purpose of the "terrorism" was to release such
materials.

Multiple incidents of "terrorism" which occur within a
72-hour period and appear to be carried out in
concert or to have a related purpose or common
leadership will be deemed to be one incident,
regardless of whether this endorsement was in
effect during the entirety of that time period or not.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Agency Code   04-0911-00                                    Policy Number   104604-07173459

54833 (7-08)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. **Applicability Of This Endorsement**

1. The provisions of this endorsement will apply if and when one of the following situations occurs:

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or

   b. The Program is renewed, extended or otherwise continued in effect:

      (1) With revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage; and

      (2) We are not required by the Program to make terrorism coverage available to you and elect not to do so.

2. When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".

3. If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect.  However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide the revised coverage to those who previously accepted coverage under the Program, then we will take the appropriate steps in response to the federal requirements.

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

   "Terrorism" means activities against persons, organizations or property of any nature:

   1. That involve the following or preparation for the following:

      a. Use or threat of force or violence; or

      b. Commission or threat of a dangerous act; or

      c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segments thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government or the civilian population, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

**Exclusion Of "Terrorism"**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material;

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, regardless of whether this endorsement was in effect during the entirety of that time period or not.

D. **Exception To Exclusion Of "Terrorism" For Certain Fire Losses**

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage caused by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms or to the Legal Liability Coverage Form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright ISO Properties, Inc., 2004

Agency Code    04-0911-00                                               Policy Number    104604-07173459

59350 (1-15)

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
## AND
## IMPORTANT INFORMATION REGARDING TERRORISM RISK
## INSURANCE COVERAGE

It is agreed:

1. With respect to any one or more certified acts of terrorism, we will not pay any amounts for which we are not respon-sible because of the application of any provision which results in a cap on our liability for payments for terrorism losses in accordance with the terms of the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congres-sional actions pursuant to the Act).

2. Certified act of terrorism means any act certified by the Secretary of the Treasury, in consultation with:

   a. the Secretary of Homeland Security; and
   b. the Attorney General of the United States

   to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002 (includ-ing ensuing Congressional actions pursuant to the Act).

3. Under the federal Terrorism Risk Act of 2002 (including ensuing Congressional actions pursuant to the Act) a terrorist act may be certified:

   a. if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act ex-ceed $5 million; and

   b. (1) if the act of terrorism is:

      a) a violent act; or

      b) an act that is dangerous to human life, property or infrastructure; and

   (2) if the act is committed:

      a) by an individual or individuals as part of an effort to coerce the civilian population of the United States; or

      b) to influence the policy or affect the conduct of the United States government by coercion.

All other policy terms and conditions apply.

Agency Code   04-0911-00                                             Policy Number   104604-07173459

# IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002. The Act (including ensuing Congressional actions pursuant to the Act) defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

Subject to the policy terms and conditions, this policy provides insurance coverage for acts of terrorism as defined in the Act.

Any coverage for certain commercial lines of property and casualty insurance provided by your policy for losses caused by certified acts of terrorism are partially paid by the federal government under a formula established by federal law. Under this formula, the government will reimburse us for 85% of such covered losses that exceed the statutory deductible paid by us. However, beginning January 1, 2016 the share will decrease 1% per calendar year until it equals 80%. **You should also know that in the event aggregate insured losses exceed $100 billion during any year the Act is in effect, then the federal government and participating United States insurers that have met their insurer deductible shall not be liable for the payment of any portion of that amount of the loss that exceeds $100 billion. In the event that aggregate insured losses exceed $100 billion annually, no additional claims will be paid by the federal government or insurers.** This formula is currently effective through December 31, 2020 unless extended.

The premium charge, if any, for this coverage is shown separately on the attached Declarations page. In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act.

Please contact us if you would like to reject coverage for certified acts of terrorism.